**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: *City of Chicago and City of Saint Paul v. Dept' of Justice, et al*

Case Number: 25-cv-13863

An appearance is hereby filed by the undersigned as attorney for:
**City of Chicago**

Attorney name (type or print): **Rebecca Hirsch**

Firm: **City of Chicago Law Department**

Street address: **121 N. LaSalle, Suite 600**

City/State/Zip: **60602**

Bar ID Number: **6279592**
(See item 3 in instructions)

Telephone Number: **(312) 744-8143**

Email Address: **rebecca.hirsch2@cityofchicago.org**

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on **November 12, 2025**

Attorney signature: S/ *Rebecca Hirsch*
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023