IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO and CITY OF SAINT PAUL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; PAMELA JO BONDI, in her official capacity; OFFICE OF COMMUNITY ORIENTED POLICING SERVICES; and CORY D. RANDOLPH, in his official capacity,<br><br>Defendants. | Civil Action No. 25-cv-13863<br><br>Hon. Judge Jorge L. Alonso |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF AGREED SCHEDULING ORDER, RELIEF FROM AMENDED GENERAL ORDER 25-0024, AND LEAVE TO FILE EXCESS PAGES**

City of Chicago and City of Saint Paul (collectively, Plaintiffs) move for the entry of an agreed scheduling order,[1] and for leave to file oversized briefs. In support, Plaintiffs state as follows:

1. On November 12, 2025, Plaintiffs filed a Complaint (ECF No. 1) related to conditions placed on grants and grant funding by Defendants that Plaintiffs allege violate the Separation of Powers, the Spending Power, and the Administrative Procedure Act. Plaintiffs faced an imminent deadline, November 24, 2025, to accept Defendants' grant awards.

---

[1] Pursuant to the Court's standing order on proposed orders, Plaintiffs are submitting the agreed order to the Court as an attachment to an e-mail sent to Proposed_Order_Alonso@ilnd.uscourts.gov, rather than filing the proposed order on the docket.

2.      However, the parties conferred to discuss how the imminent grant deadlines affect the case schedule and to explore a mutually agreeable adjustment that would obviate the need for an emergency TRO motion.

3.      In exchange for Defendants' agreement to extend the deadlines to respond to the grant awards challenged in this case to December 22, 2025, Plaintiffs have agreed to move for a preliminary injunction instead of a temporary restraining order. To that end, Plaintiffs and Defendants have agreed to the proposed order, which sets the following dates:

- The deadline for Plaintiffs to accept any grant award or grant funding related to this Action is extended to: Monday, December 22, 2025;

- Plaintiffs will file their motion for preliminary injunction by November 17, 2025;

- Defendants will file their opposition by December 5, 2025;

- Plaintiffs' will file their reply in support of their motion for preliminary injunction by December 12, 2025; and

- If the Court is amenable and available, the parties will appear before the Court for argument on the week of December 15, 2025. While the parties do not submit a specific argument hearing date or time in this motion or order, Plaintiffs respectfully request that the Court set the hearing at its convenience in time for it to consider the arguments made and to issue a ruling by December 19, 2025, so that Plaintiffs can make an informed decision about the grant awards before their deadlines to accept those awards (now December 22, 2025).

4.      Plaintiffs accordingly request, and Defendants agree, that this case be exempt from AMENDED GENERAL ORDER 25-0024.

5.      Plaintiffs further request, and Defendants agree, for Plaintiffs to be able to file a motion for preliminary injunction of 25 pages, rather than 15, due to the number of parties and complex issues involved in this Action. Plaintiffs agree that Defendants should likewise be able to file an opposition of 25 pages, rather than 15.

6.      Plaintiffs thus respectfully request that the Court enter the proposed order agreed order, which sets out the above dates and page-limits.

7. Plaintiffs have shown this motion to counsel for Defendants. Defendants do not oppose the motion, and Defendants agree to the proposed order.

WHEREFORE, Plaintiffs request the Court enter the proposed order setting forth the agreed schedule and page limits for the parties' preliminary injunction briefs.

Dated: November 13, 2025

Respectfully submitted,

MARY B. RICHARDSON-LOWRY
Corporation Counsel of the City of Chicago

By: /s/ *Stephen Kane*
Stephen Kane (IL Bar No. 6272490)
Rebecca Hirsch (IL Bar No. 6279592)
Chelsey Metcalf (IL Bar No. 6337233)
Laura Geary (IL Bar No. 6351762)
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
Tel: (313) 744-9484
stephen.kane@cityofchicago.org
rebecca.hirsch2@cityofchicago.org
chelsey.metcalf@cityofchicago.org
rachel.zemke@cityofchicago.org

*Attorneys for Plaintiff City of Chicago*

LYNDSEY OLSON
Saint Paul City Attorney

By: /s/ *Kelsey McElveen*
KELSEY MCELVEEN *
Assistant City Attorney
SAINT PAUL CITY ATTORNEY'S OFFICE
400 City Hall and Courthouse
15 Kellogg Boulevard West
Saint Paul, Minnesota 55102
Telephone:     (651) 266-8710
Facsimile:     (651) 298-5619
E-Mail:        Kelsey.McElveen@ci.stpaul.mn.us

*Attorneys for Plaintiff City of Saint Paul*

\* pro hac vice admission pending