# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| CITY OF CHICAGO and CITY OF ST. PAUL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; PAMELA JO BONDI, in her official capacity; OFFICE OF COMMUNITY ORIENTED POLICING SERVICES; and CORY D. RANDOLPH, in his official capacity,<br><br>Defendants. | Civil Action No. 1:25-cv-13863<br><br>Hon. Jorge L. Alonso<br><br>**DECLARATION OF LINDSAY BACHER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND STAY OF AGENCY ACTION** |

## <u>DECLARATION OF LINDSAY BACHER</u>

I, Lindsay Bacher, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1.      This declaration is based on my own personal knowledge, experience, and review of relevant business records. If I were called to testify as a witness, I could and would testify competently to the truth of the matters discussed in this declaration.

2.      I am the Grants Director for the City of Saint Paul.  I have been in that position since 2024. I have worked in the field of grant management for 14 years. In my career, I have worked with federal agencies such as U.S. Department of Housing and Urban Development, National Science Foundation, Social Innovation Fund in the Corporation for National and Community Service, Department of Transportation, and many State of Minnesota agencies. I hold degrees from the Humphrey School of Public Affairs at the University of Minnesota, Yale Divinity School, and Hamline University.

3.      I am responsible for overseeing the central Grants Division within the Office of Financial Services, managing citywide grant processes, managing citywide planning to align needs with grant funding opportunities, and generating grant revenue. I ensure compliance with state, federal, and philanthropic regulatory requirements and adhere to City code, policies, practices, and standards.

4.      I have been the lead for the City's federal grants strategy in response to the federal funding freeze and other changes in federal financial assistance, including analysis of citywide grants data.

## Background

5.      Saint Paul is the capital of Minnesota, the Ramsey County seat, the second most populous city in the state, and is home to more than 300,000 people. As the northernmost port on the Mississippi River, and with more shoreline along the river than any other city, Saint Paul is a transportation hub and is central to the economy of the upper Midwest. Saint Paul is also a thriving economic center that supports Fortune 500 companies, three professional sports stadiums, large regional enterprises, and countless small businesses and professional firms. Saint Paul is consistently recognized for its excellent park system and is a historical and cultural destination.

6.      Saint Paul Police Department is a full-service law enforcement agency comprised of more than 550 sworn officers. SPPD promotes safe and healthy neighborhoods in Minnesota's capital city and works under the motto of "service with purpose." SPPD's work is critical to the safety of communities in Saint Paul.

## Saint Paul's DOJ Grant Funding

7.      Saint Paul depends on funding from DOJ to support vital public safety programs that train and hire law enforcement, promote mental health and wellness activities, increase traffic safety and enforcement of drunk driving laws, provide victim witness services to crime victims, and promote diversion programs based on restorative justice principles. For many of these programs, the City would be unable to fund them without federal grant revenue.

8.      The City expends approximately $2 million annually in funds from DOJ to provide targeted support for expanding the SPPD workforce with applicants from non-traditional backgrounds, facilitating wellness programs that promote mental health services, dedicated

traffic safety enforcement and domestic violence services, and promoting diversion services through a restorative justice practice.

9.      Currently, the City has cumulative awards of $5,055,936 in active grants with DOJ, has been awarded an additional $85,502 pending finalization of grant agreements, has applied for $364,232, and anticipates applying for $1.7 to 2.7 million within the next year. Since 2010, SPPD has received $17.9 million in federal grants from the Department of Justice.

10.      The DOJ funding that Saint Paul relies upon is administered through several federal assistance listing numbers. In the last four years, Saint Paul has received DOJ funding from 16.710, Public Safety Partnership and Community Policing Grants, including the Office of Community Oriented Policing Services ("COPS"), 16.738: Edward Byrne Memorial Justice Assistance Grants (JAG), and 16:753: Congressionally Recommended Awards. The City also receives DOJ funding as a subrecipient from the State of Minnesota, the Minnesota Department of Public Safety, and Ramsey County through the following federal assistance listing numbers: 16.575: Crime Victim Assistance, 16.738: Edward Byrne Memorial Justice Assistance Grant Program, and 16.753: Congressionally Recommended Awards.

## COPS Office Grants

11.      The COPS Office administers Community Policing Development Grants to support various local projects that further the stated goal of the COPS Office: to "[i]ncrease the use of community policing principles to address public safety problems facing communities and law enforcement agencies through innovative strategies and projects."

12.      SPPD has applied for and received COPS Office grants for various projects since 2005. COPS Office grants help SPPD hire and retain law enforcement officers, provide mental health and wellness resources for law enforcement, and strengthen pathways for recruits from

non-traditional backgrounds. Since 2010, SPPD has received over $7.8 million in COPS Office funding.

**COPS Microgrants**

13.     In its FY 2025 COPS Microgrants NOFO, the COPS Office stated it would fund projects in certain subcategories, including "Homelessness and Squatting." A true and correct copy of the FY 2025 COPS Microgrants NOFO is attached hereto as Exhibit 1.

14.     SPPD applied for a COPS Microgrants in FY 2025 to support the City's Downtown Homelessness Initiative. The City applied for $85,502 for the Downtown Homelessness Initiative.

15.     In its grant application relating to homelessness, SPPD described its proposed project as follows:

> The SPPD has previously paired officers with staff from social service agencies to respond to chronic situations such as homelessness. Here we propose gathering multiple public and private agencies to develop clear plans and protocols for responding to homeless individuals in the downtown areas. Once established, we will routinize these protocols into the work of our downtown beat patrol officers, resulting in a decline in quality-of-life type offenses such as vandalism, public drug use or panhandling that turns into harassment.

Attached hereto as Exhibit 2 is a true and correct copy of the City's FY 2025 COPS Microgrant application relating to homelessness.

16.     The FY 2025 COPS Microgrant NOFO includes a section entitled "Allowable and Unallowable costs" that purports to prohibit the use of grant funding for the following purposes:

1.  To directly or indirectly support or subsidize an educational service agency, state educational agency, local educational agency, elementary school, secondary school, or institution of higher education that requires students to have received a COVID-19 vaccination to attend any in-person education program.

2.  To promote gender ideology.

5

3. For projects that provide or advance diversity, equity, inclusion, and accessibility, or environmental justice programs, services, or activities.

4. State and local governments and law enforcement agencies that have failed to protect public monuments, memorials, and statues from destruction or vandalism.

*See* Ex. 1 at 22.

17. On October 10, 2025, Saint Paul received approval of $85,502 in COPS Microgrant funding for its proposal relating to homelessness. Attached hereto as Exhibit 3 is a true and correct copy of the City's FY 2025 COPS Microgrant award package.

18. The award package incorporates the following terms and conditions:

| Condition 2: The "Immigration Condition" | Compliance with 8 U.S.C. § 1373: Authority to obligate or expend contingent on compliance with this condition. State or local government entity recipients of this award, and any subrecipient of this award at any tier that is an entity of a State or of a unit of local government, must comply with 8 U.S.C. §1373, which provides that such entities may not prohibit, or in any way restrict, any government entity or official from sending to, receiving from, maintaining, or exchanging information regarding citizenship or immigration status, lawful or unlawful, of any individual with components of the U.S. Department of Homeland Security or any other federal, state or local government entity. This includes any prohibitions or restrictions imposed or established by a State or local government entity or official. |
|---|---|
| Condition 3: The "Discrimination Condition" | Federal Civil Rights and Nondiscrimination Laws (certification): The recipient agrees that its compliance with all applicable Federal civil rights and nondiscrimination laws is material to the government's decision to make this award and any payment thereunder, including for purposes of the False Claims Act (31 U.S.C. 3729-3730 and 3801-3812), and, by accepting this award, certifies that it does not operate any programs (including any such programs having components relating to diversity, equity, and inclusion) that violate any applicable Federal civil rights or nondiscrimination laws. |
| Condition 4: The "Executive Order Condition" | Federal Laws, Presidential Memoranda, and Executive Orders: Recipients of grant funding must comply with all applicable federal laws and Presidential Memoranda and all Executive Orders by the President. |

*See* Ex. 3 at 5-6.

19.    Pursuant to an agreement between the parties to extend the November 26, 2025

deadline to accept COPS Office grants, the deadline to accept these funds is December 22, 2025.

**Irreparable Harm from Loss of COPS Funding**

20.    Without being able to accept COPS Microgrant funds, SPPD would be unable to

implement its plans for addressing chronic homelessness in the City, focusing on downtown areas.

The work approved under this grant would establish protocols for responding to situations

involving individuals experiencing chronic homelessness and would engage multiple agencies and

social service organizations.

21.    Grant activities will foster greater coordination of responses and organize a network

that links the strengths of multiple public and private agencies, from the police officers that initially

encounter individuals to the agencies that can provide long-term solutions. Once these practices

are routinized, they should be sustainable with little or no additional resources beyond the life of

the grant.

22.    Additionally, people experiencing homelessness in Saint Paul will benefit as these

new protocols will provide alternatives to the criminal justice system by involving services that

prevent low-level criminal behavior.

23.    One main deliverable from this grant is a decrease in "quality of life" offenses

experienced in downtown Saint Paul, which provides benefits for the people no longer committing

offenses to the broader community.

24.    If the City is unable to accept this Microgrant, harms will occur to the systemic

response to homelessness in downtown Saint Paul and by proxy, the people experiencing chronic

homelessness.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dated:  November 17, 2025

LINDSAY BACHER

# EXHIBIT 1

OMB No. 1103-0098

Approval Expires 5/31/2025

U.S. Department of Justice

Office of Community Oriented Policing Services



**FY25 Community Policing Development Microgrants**

| | |
|---|---|
| Assistance Listing #: | 16.710 |
| Grants.gov Opportunity Number: | O-COPS-2025-172384 |
| Notice of funding opportunity Release Date: | May 14, 2025 |
| Grants.gov Deadline: | June 24, 2025, 4:59 PM ET |
| Application JustGrants Deadline: | June 30, 2025, 4:59 PM ET |

# Overview

The U.S. Department of Justice, Office of Community Oriented Policing Services (COPS Office, https://cops.usdoj.gov is pleased to announce that it is seeking applications for funding for the FY25 Community Policing Development Microgrants.

Community Policing Development (CPD) funds are used to develop the capacity of law enforcement to implement community policing strategies by providing guidance on promising practices through the development and testing of innovative strategies; building knowledge about effective practices and outcomes; and supporting new, creative approaches to preventing crime and promoting safe communities.

The COPS Office welcomes applications under which two or more entities would carry out the federal award; however, only one entity may be the applicant. Any other entities carrying out the federal award must be identified as proposed subrecipients. The applicant must be the entity that would have primary responsibility for carrying out the awards, including administering the funding, managing the entire project, and monitoring compliance.

The terms and conditions of the federal award are also applicable to subrecipients. Please note the distinction between a subaward that creates a financial assistance relationship to carry out a portion of the federal award and a contract that creates a procurement relationship for the purchase of goods and services needed under the federal award. To assist in making subrecipient and contractor determinations, please refer to the guidance in 2 C.F.R. § 200.331.

All awards are subject to the availability of appropriated funds and any modifications or additional requirements that may be imposed by law.

As community policing is common sense policing, throughout the Notice of Funding Opportunity (NOFO) materials, the terms 'community policing' and 'common sense policing' are used interchangeably, unless otherwise specified.

## Eligibility

Eligibility for the FY25 Community Policing Development Microgrants program is restricted to local, state, tribal, and territorial law enforcement agencies.

State and local governmental entities must comply with 8 U.S.C. §1373, which provides that State and local government entities may not prohibit, or in any way restrict, any government entity or official from sending to, receiving from, maintaining, or exchanging information regarding citizenship or immigration status, lawful or unlawful, of any individual with components of the U.S. Department of Homeland Security or any other federal, state or local government entity. This includes any prohibitions or restrictions imposed or established by a State or local government entity or official. For additional information, please see the appendices in the FY25 Resource Guide for Community Policing Advancement (CPA) Programs.

# Contact Information

## Agency Contact Description

Applications must be submitted through both Grants.gov and the JustGrants system.

For technical assistance with submitting the SF-424, please call the Grants.gov customer service hotline at 800-518-4726, send questions via email to support@Grants.gov, or consult the Grants.gov Organization Applicant User Guide. The Grants.gov Support Hotline operates 24 hours a day, 7 days a week, except on federal holidays.

For technical support with the Justice Grants System (JustGrants) application, please contact JustGrants Support at **JustGrants.Support@usdoj.gov** or 833-872-5175. JustGrants Support operates Monday through Friday between the hours of 5:00 a.m. and 9:00 p.m. Eastern Time (ET) and Saturday, Sunday, and federal holidays from 9:00 a.m. to 5:00 p.m. ET. Training on JustGrants can also be found at https://justicegrants.usdoj.gov/training-resources.

For programmatic assistance with the requirements of this program, please call the COPS Office Response Center at 800-421-6770 or send questions via email to **AskCopsRC@usdoj.gov**. The COPS Office Response Center operates Monday through Friday, 9:00 a.m. to 5:00 p.m. ET, except on federal holidays. In addition, the COPS Office welcomes applicant feedback on this notice of funding opportunity, the application submission process, and the application review process. Provide feedback via email to **AskCopsRC@usdoj.gov** (Subject line: "FY25 PROGRAM NAME Feedback").

## Submission Information

**Registration**: To submit an application, your entity must have an active registration in the [System for Award Management (SAM.gov)](#). SAM.gov assigns entities a unique entity identifier (UEI) that is required for the entity to apply for federal funding. You will enter the entity's UEI in the application. Award recipients must then maintain an active UEI for the duration of their award. Visit SAM.gov for details and resources for first-time registration or renewal of an existing registration.

**Submission**: Completing an application is a two-step process:

1. Applicants must register via https://www.grants.gov and complete an Application for Federal Assistance, Standard Form 424 (SF-424).

2. The remainder of the application will be completed through the Justice Grants System (JustGrants) at [https://justicegrants.usdoj.gov/](https://justicegrants.usdoj.gov/). No other form of application will be accepted. Applications with errors or missing information may be disqualified or rated accordingly. Please note that the application system will not accept incomplete applications or applications with errors.

An application is not considered submitted until both of these steps are completed. For more information about registration and submission, see the "[How to Apply](#)" section of this notice of funding opportunity.

All guidance for this program is contained in this Notice of funding opportunity and can also be found at https://cops.usdoj.gov/cpdmicrogrants. In addition to this Notice of funding opportunity, the COPS Office "How to Apply" web page, [http://cops.usdoj.gov/how-to-apply](http://cops.usdoj.gov/how-to-apply), provides additional resources to help guide applicants through the process.

The complete application package (this notice of funding opportunity, including links to additional documents) is available on Grants.gov and on the COPS Office website, [https://cops.usdoj.gov](https://cops.usdoj.gov).

# Contents

Overview .......................................................................................................................................... 1

   Eligibility ...................................................................................................................................... 2

Contact Information ........................................................................................................................ 2

   Agency Contact Description ......................................................................................................... 2

   Submission Information ............................................................................................................... 3

Program Description ........................................................................................................................ 7

Statutory Authority .......................................................................................................................... 7

Program-Specific Information .......................................................................................................... 8

   FY25 Community Policing Development Microgrants ................................................................. 8

   Projects out of Scope ................................................................................................................. 14

   Requirements ............................................................................................................................. 14

   Deliverables ............................................................................................................................... 15

Federal Award Information: Awards, Amounts and Durations ..................................................... 16

   Anticipated Number of Awards ................................................................................................. 16

   Anticipated Maximum Dollar Amount of Awards ..................................................................... 16

   Period of Performance Start Date ............................................................................................. 16

   Period of Performance Duration (months) ................................................................................ 16

   Anticipated Total Amount to be Awarded under Notice of Funding Opportunity ................... 16

   Federal Award Information ........................................................................................................ 16

   Length of Award ........................................................................................................................ 16

   Type of Award ........................................................................................................................... 17

   Cost Sharing or Match ............................................................................................................... 17

   Eligibility Information ................................................................................................................ 17

Application and Submission Information ....................................................................................... 18

   Before You Begin: SAM.gov Registration and Unique Entity Identifiers (UEIs)...................... 18

   Step One: Grants.gov ................................................................................................................. 18

Step Two: JustGrants Application...................................................................................19

Content and Form of Application ..................................................................................19

Proposal Abstract ........................................................................................................20

Data Requested with Application .................................................................................21

Budget and Associated Documentation ........................................................................21

Other Supporting Documentation.................................................................................24

Disclosures and Assurances ..........................................................................................26

Standard Applicant Information ...................................................................................26

How to Apply ...............................................................................................................27

Submission Dates and Time .........................................................................................28

Late Submissions .........................................................................................................28

Application Review Information....................................................................................29

Director's Selection ......................................................................................................33

Federal Award Notices .................................................................................................33

**The Award Package** ............................................................................................................**34**

Administrative and National Policy Requirements ........................................................34

Terms, Conditions, and Award Requirements ..............................................................34

**Administrative Actions and Legal Remedies Related to Federal Awards**............................**35**

Remedies for Noncompliance .......................................................................................35

Federal Awarding Agency Contact(s) ............................................................................36

Freedom of Information Act and Privacy Act (5 U.S.C. §§ 552 and 552a) .......................36

Feedback to the COPS Office .........................................................................................37

**COPS Office Other Information**............................................................................................**37**

Reporting, monitoring, and evaluation requirements ...................................................37

**Financial Management and System of Internal Controls**.....................................................**39**

**Audit Requirement** ......................................................................................................................**39**

    Civil Rights ................................................................................................................................ 39

    Funding to Faith-Based Organizations ..................................................................................... 40

    Section 508 of the Rehabilitation Act...................................................................................... 40

    Public Reporting Burden: Paperwork Reduction Act Notice .................................................. 40

    Performance Measures ............................................................................................................ 41

    Application Checklist ................................................................................................................ 41

# Program Description

The Office of Community Oriented Policing Services (COPS Office) is the component of the U.S. Department of Justice responsible for advancing the practice of community policing by the nation's state, local, territorial, and tribal law enforcement agencies through information and grant resources. The COPS Office has been appropriated more than $20 billion to advance community policing, including grants awarded to more than 13,000 state, local and tribal law enforcement agencies to fund the hiring and redeployment of more than 136,000 officers. COPS Office information resources, covering a wide range of community policing topics such as school and campus safety, violent crime, and officer safety and wellness, can be downloaded via the COPS Office's home page, https://cops.usdoj.gov.

Community policing is a philosophy that promotes organizational strategies that support the systematic use of partnerships and problem-solving techniques to proactively address the immediate conditions that give rise to public safety issues such as violent crime, nonviolent crime, and fear of crime. To read an overview of the principles of community policing, please see the COPS Office publication Community Policing Defined.

# Statutory Authority

The COPS Office Program is authorized under the Omnibus Crime Control and Safe Streets Act of 1968, as amended, and the Violent Crime Control and Law Enforcement Act of 1994, Title I, Part Q, Public Law 103-322, 34 U.S.C. § 10381 et seq.

# Program-Specific Information

## FY25 Community Policing Development Microgrants

### Program Goal and Objectives

Goal: Increase the use of community policing principles to address public safety problems facing communities and law enforcement agencies through innovative strategies and projects.

- Objective 1: Fund law enforcement agencies to develop and implement innovative projects that use common sense policing strategies in addressing public safety issues.

- Objective 2: Increase awareness of innovative projects and promising practices among the broader law enforcement field.

### Background

CPD Microgrants program funds are used to fund novel or innovative approaches to problem solving by local, state, tribal, and territorial law enforcement agencies that help develop law enforcement's community policing capacity through the implementation of common sense policing strategies. When properly applied, community policing improves the identification and prioritization of community problems; builds trust and relationships between law enforcement and the communities they serve; and enables an agency to build a culture toward accountability, transparency, open communication, and mutual trust.

Applicants are invited to propose demonstration or pilot projects to be implemented in their agency offering creative ideas that advance crime fighting, community engagement, problem solving, or organizational changes in support of community policing in one of seven engagement areas: (1) uplifting the image of the law enforcement profession, (2) officer recruitment, hiring and retention, (3) violent crime prevention (to include street gangs, gun violence and the enforcement of gun laws, federal task force engagement, child trafficking or other violent crime issues, (4) immigration and border security, (5) opioids and drug market interruption, (6) homelessness and squatting, (7) open for innovative projects not fitting in any other category. The COPS Office encourages law enforcement agencies to partner with community groups, institutions of higher education, and other stakeholders to implement the proposed project so that they may collaborate to develop shared goals that will enhance the collective safety of the community. The COPS Office also encourages agencies to propose partnerships with other law enforcement entities through taskforces and other formal operational arrangements to address the chosen area of focus.

The COPS Office also encourages agencies to consider including evaluation components based on the type of activities undertaken through the grant. Applicants should explain in their application how their approach is novel or innovative.

Applicants may submit multiple applications, but you must submit a separate application for each project. Any application that does not clearly state the solicitation, and where applicable, the subcategory on the cover page of the project narrative (if applicable) or selects the incorrect subcategory may not pass the basic minimum requirement phase of the review process.

Under this solicitation, the COPS Office will fund projects in the following subcategories:

- Uplifting the Image of the Law Enforcement Profession
- Officer Recruitment, Hiring and Retention
- Violent Crime Prevention
    - Street Gangs
    - Gun Violence and the enforcement of gun laws
    - Federal law enforcement task force engagement
    - Child trafficking
    - Other
- Immigration and Border Security
- Opioids and Drug Market Interruption
- Homelessness and Squatting
- Open

## Uplifting the Image of the Law Enforcement Profession

The role of law enforcement has never been more vital in fostering safe and thriving communities. The dynamic between law enforcement agencies and the communities they serve has been a longstanding and complex issue and is often challenged by high-profile incidents and evolving societal expectations. In recent years, the proliferation of smartphone technology and social media has amplified public scrutiny and tend to primarily highlight negative images and perceptions of police. These dynamics have highlighted the importance of addressing police image and reputation, particularly in the context of declining recruitment and rising officer attrition.

Under this subtopic area, the COPS Office seeks law enforcement agencies to develop or implement innovative and collaborative projects aimed at uplifting law enforcement as a profession and promote the importance and nobility of those who take on these heroic roles.

Applicants should identify a list of activities and strategies that take an innovative approach to address the complexities surrounding public perception of law enforcement and a focus on demonstrating the positive impacts policing can make on their communities across the nation. Such projects could focus on publicizing stories that highlight positive law enforcement engagement with their communities, developing local marketing campaigns to target applicants whose values are in harmony with the agency's mission and values, or establishing pipeline programs (such as cadet and explorer programs) to encourage young people to consider law enforcement careers while simultaneously promoting police officers as positive role models and demonstrating the human side of policing, breaking down negative stereotypes and fostering goodwill. Applicants should identify a list of activities and strategies and explain why they believe this approach will be successful. A variety of objectives can be proposed to achieve the project goal(s) and may involve agency personnel and resources as well as community partners**.**

## Violent Crime Prevention

The National Crime Victimization Survey, which the Justice Department conducts annually, shows a 43% increase in violent crime between the 2020 survey and the 2022 survey, the most recent available. Under this subcategory, the COPS Office is seeking projects for local law enforcement agencies to partner with community organizations to address and reduce violent crime within their communities. These projects aim to combat pressing issues such as street gang violence, gun violence, enforcement of gun laws, federal law enforcement engagement, child trafficking, and other serious criminal activities. Successful proposals will demonstrate innovative, data-driven approaches and a commitment to community-based solutions to improve public safety and reduce violent crime rates. The COPS Office also encourages agencies to propose partnerships with other law enforcement entities through taskforces and other formal operational arrangements to address the chosen area of focus.

The COPS Office seeks demonstration or pilot projects with creative methods for combatting violent crime that include quantitative measures of success. Applicants should identify a list of activities and strategies and explain why they believe this approach will be successful. A variety of objectives can be proposed to achieve the project goal(s) and may involve agency personnel and resources as well as community partners.

## Officer Recruitment, Hiring and Retention

Recruitment and hiring are essential functions of law enforcement agencies to attract and retain the best law enforcement candidates who represent a variety of backgrounds, knowledge, and experiences. This topic is of special interest to the COPS Office not only because much of our funding is geared towards the hiring of officers and deputies but also because the recruitment, selection, and retention of officers and deputies are among the most important elements to advancing community policing within an agency. In addition to reflecting the communities they serve, new officers and deputies must have strong analytical and problem-solving skills, good communication skills, adaptability, an understanding of agency policies and procedures, and training.

The COPS Office seeks projects with novel or creative methods for recruitment and retention in law enforcement that include quantitative measures of success. Applicants should identify a list of activities and strategies that take an innovative approach to recruiting and hiring of law enforcement officers, such as ways of reaching new talent pools or engaging with candidates who may not have previously considered working in law enforcement. Applicants should identify a list of activities and strategies and explain why they believe this approach will be successful. A variety of objectives can be proposed to achieve the project goal(s) and may involve agency personnel and resources as well as community partners.

## Immigration and Border Security

Federal law enforcement enforces our nation's laws every day, including our immigration laws. State, and local law enforcement play a critical role in coordinating with federal law enforcement, particularly in ensuring that the illegal immigrants they encounter who are engaged in violent behavior are removed from the streets of this nation. Increasing coordination between local and federal law enforcement in the areas of immigration enforcement and border security is critical to this work. This subtopic seeks to fund projects that gather insights and best practices from local law enforcement agencies to identify successful models of collaboration with federal agencies, including the Department of Homeland Security (DHS), U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), and the Federal Bureau of Investigation (FBI). Specific focus on the following areas is encouraged. The purpose of this work is to provide assistance in implementing or advancing innovative programs and documenting the experiences and success stories so that other agencies can learn from these efforts.

- **Interagency Collaboration:** Successful examples of local law enforcement working alongside federal agencies on immigration-related cases, border security operations, and public safety initiatives.

- **Data Sharing & Information Networks:** Exploring the role of technology and secure information sharing between local and federal law enforcement agencies in tracking and managing immigration enforcement efforts.

- **Training & Resources:** Effective training programs for local law enforcement officers to address immigration enforcement while ensuring due process and protecting civil liberties.

- **Challenges and Barriers:** Identifying challenges faced by local law enforcement in coordinating with federal agencies, such as jurisdictional issues, resource constraints, or political concerns.

- **Innovative Solutions and Best Practices:** New approaches or methodologies that have improved the outcomes of local-federal partnerships in border security and immigration enforcement.

Applicants should identify a list of activities and strategies and explain why they believe this approach will be successful. A variety of objectives can be proposed to achieve the project goal(s) and may involve agency personnel and resources as well as community partners.

## Opioid and Drug Market Interruption

The opioid epidemic and expanding drug markets continue to present significant challenges to public safety across the nation. Empowering law enforcement with the resources necessary to address the opioid crisis and the impact drug markets, particularly "open-air" drug markets, have on public safety is critical to the safety of our communities. In response to this issue, the subtopic seeks to fund initiatives that will enhance law enforcement capacity to interrupt opioid distribution networks, dismantle drug trafficking organizations, employ effective enforcement strategies, promote interagency and cross-jurisdictional collaboration, promote intelligence sharing, community engagement, and innovative methods for opioid-related crime prevention and intervention. Specific focus on the following areas is encouraged. The purpose of this work is to provide assistance in implementing or advancing innovative programs and documenting the experiences and success stories such that other agencies can learn from these efforts.

- **Targeted Operations:** Projects focused on investigating and dismantling drug trafficking organizations responsible for distributing opioids.

- **Advanced Technology Integration:** Projects focused on the use of technology for monitoring, data analysis, and intelligence sharing between agencies to identify drug hotspots and trafficking patterns.

- **Community-Led Prevention and Education:** Initiatives that engage communities, schools, and local organizations in drug prevention and harm reduction programs.

- **Cross-Jurisdictional Task Forces:** Collaborative projects between multiple jurisdictions to address regional drug markets and cross-border trafficking operations.

- **Comprehensive Treatment and Diversion Programs:** Programs that include alternative approaches, such as diversion for individuals with substance use disorders, as part of law enforcement strategies.

Applicants should identify a list of activities and strategies and explain why they believe this approach will be successful. A variety of objectives can be proposed to achieve the project goal(s) and may involve agency personnel and resources as well as community partners.

## Homelessness and Squatting

Homelessness and squatting present significant challenges to public safety. As these issues continue to grow, law enforcement agencies are increasingly tasked with addressing the intersection of homelessness, illegal squatting, and public safety concerns. To address these concerns, this subtopic seeks to fund innovative and collaborative programs that will enable law enforcement agencies to address the negative impacts of homelessness and squatting, with an emphasis on enforcement, prevention, and community collaboration. Specific focus on the following areas is encouraged. The purpose of this work is to provide assistance in implementing or advancing innovative programs and documenting the experiences and success stories so that other agencies can learn from these efforts.

- **Law Enforcement Training on Homelessness Response:** Initiatives that provide law enforcement officers with training on best practices for addressing homelessness and squatting, focusing on alternatives to arrests and criminalization.

- **Interagency Coordination and Outreach:** Projects that create or expand collaborative efforts between law enforcement and social service providers to respond to homelessness, including street outreach and connecting individuals with housing resources.

- **Squatter Prevention & Eviction Programs:** Projects that work collaboratively with property owners, local governments, and community partners to prevent the illegal occupation of vacant properties while offering supportive services to individuals experiencing homelessness.

Applicants should identify a list of activities and strategies and explain why they believe this approach will be successful. A variety of objectives can be proposed to achieve the project goal(s) and may involve agency personnel and resources as well as community partners.

## Open Topic Area

Law enforcement agencies are invited to propose projects that offer highly innovative solutions to address complex, locally identified community issues. Proposed project objectives and findings should prove useful to other law enforcement agencies nationally facing similar challenges. Proposed projects should NOT fit within other identified microgrant categories, nor should they be projects eligible for funding under other COPS Office grant programs (such as, but not exclusively, the Law Enforcement Mental Health and Wellness Act (LEMHWA) or Safer Outcomes programs). Successful projects should be replicable by peer agencies, and as such should include a toolkit, training, or other deliverable that assists with replication of the grantee's efforts. Applicants are also encouraged to incorporate an evaluation and report component that can assist other law enforcement agencies in implementing similar programs.

## Projects out of Scope

- Applicants that are not state, local, tribal, or territorial law enforcement agencies will not be considered.

- Applicants that do not have primary law enforcement authority for their jurisdiction will not be considered.

- Projects to fund the salaries and benefits of new local law enforcement officers and deputies will not be considered. If you are seeking this type of funding, please visit the COPS Office website for updates on the COPS Hiring Program (CHP).

- Projects that exclusively seek to purchase technology, software or mobile applications, or equipment without offering broader training, programming, or services to support those tools will not be considered.

- Projects that budget the majority of their funding for generally unallowable costs such as vehicles, food, exercise and recreational equipment, and promotional items such as gifts and souvenirs, as outlined in this solicitation, will not be considered.

## Requirements

The primary goal of these projects is to provide law enforcement agencies funding for demonstration or pilot projects that increase their capacity to implement innovative projects that engage the community on a broad range of public safety issues and increase engagement between law enforcement and the communities they serve. These projects should offer creative ideas using common sense policing strategies to advance crime fighting, community engagement, problem solving, and organizational changes to support community policing.

The project description should also address the following:

- How will the proposed program activities be used to increase engagement?

- Identify a list of activities and strategies and the intended service area and size of the program (e.g., one agency, more than one agency, one population group, or multiple population groups).

- What is the subject matter expertise of the project leadership or partners?

- The applicant should clearly source each activity and strategy in the application questions. What will be the reported outcomes of the program activities?

## Deliverables

The project deliverable(s) should be clearly identified and described in the application questions. The deliverable should document the applicants' efforts, lessons learned, and promising practices that can be shared with the broader law enforcement field. These deliverables can be articles, conference presentations, webinars, brief reports or summaries, and other tools (videos, toolkits, podcasts, etc.) that benefit other law enforcement agencies.

These deliverables may be published (including development assistance, editing, design, and distribution) by the COPS Office at no expense to the award recipient (see Camden County Police Department: Crime Analysis, Technical Assistance, and Consultation; Salt Lake City Police Department Homeless Outreach Service Team (HOST) Program Overview; Park Ridge's Success Story on Going Beyond Crisis Intervention Team Training: Building Whole-Community Responses to Mental Health; and Mitakuye Oyasin (We Are All Related) video for examples).

Successful applicants will have the opportunity to participate in a community of practice with other award recipients to promote the exchange of promising practices and help the COPS Office share ideas and lessons learned with the broader field.

# Federal Award Information: Awards, Amounts and Durations

## Anticipated Number of Awards

63

## Anticipated Maximum Dollar Amount of Awards

$175,000 per award

## Period of Performance Start Date

October 1, 2025

## Period of Performance Duration (months)

24 Months

## Anticipated Total Amount to be Awarded under Notice of Funding Opportunity

$8,850,000.00

## Federal Award Information

Depending on the quality of applications received and the availability of funding, the COPS Office may not fund every topic or subcategory or may make additional or larger awards under one or more topic area or subcategory. In addition, the COPS Office reserves the right to revise the scope of the project in an application submission and modify the associated budget proposal accordingly.

All awards are subject to the availability of appropriated funds and any modifications or additional requirements that may be imposed by law. With limited funding, the COPS Office expects a competitive notice of funding opportunity.

## Length of Award

The COPS Office expects to make the project period for all grants 24 months.

## Type of Award

The COPS Office expects to make this award in the form of a grant, which does not provide for substantial involvement between the federal awarding agency and the nonfederal entity in carrying out the activity contemplated by the federal award. Grant recipients will be responsible for day-to-day project management and may reach out to the COPS Office with assistance in implementing the award.

## Cost Sharing or Match

For this opportunity, match is not required.

## Eligibility Information

Eligibility for the FY25 Community Policing Development Microgrants program is restricted to local, state, tribal, and territorial law enforcement agencies.

State and local governmental entities must comply with 8 U.S.C. §1373, which provides that state and local government entities may not prohibit, or in any way restrict, any government entity or official from sending to, receiving from, maintaining, or exchanging information regarding citizenship or immigration status, lawful or unlawful, of any individual with components of the U.S. Department of Homeland Security or any other federal, state or local government entity. This includes any prohibitions or restrictions imposed or established by a state or local government entity or official. For additional information, please see the appendices in the FY25 Resource Guide for Community Policing Advancement (CPA) Programs.

# Application and Submission Information

The complete application package (that is, this NOFO, including links to additional documents) is available on Grants.gov and on the COPS Office website https://cops.usdoj.gov/. Completing an application under this program is a two-step process.

## Before You Begin: SAM.gov Registration and Unique Entity Identifiers (UEIs)

To submit an application, your entity must have an active registration in the System for Award Management (SAM.gov). SAM.gov assigns entities a unique entity identifier (UEI) that is required for the entity to apply for federal funding. You will enter the entity's UEI in the application. Award recipients must then maintain an active UEI for the duration of their award. Visit SAM.gov for details and resources for first-time registration or renewal of an existing registration.

The registration and renewal processes can take several weeks. Start these processes at least 30 days prior to the Grants.gov deadline. Applicants who do not begin the registration or renewal process at least 10 business days prior to the Grants.gov deadline may not be able to complete the process in time and will not be considered for a technical waiver that allows for late submission.

## Step One: Grants.gov

**Application for Federal Assistance (SF-424):** Applicants must register via https://www.grants.gov and complete an Application for Federal Assistance, Standard Form 424 (SF-424). The SF-424 is a required standard form that collects the applicant's name, address, and UEI; the funding opportunity number; and the proposed project title, among other information. It is used as a cover sheet for submission of pre-applications, applications, and related information under discretionary programs. Applicants must complete and submit the SF-424 via https://www.grants.gov using the information provided on that site. The SF-424 must be signed by the Grants.gov authorized organizational representative.

**Section 8F – Applicant Point of Contact**: Enter the name and contact information of the individual who will complete application materials in JustGrants. JustGrants will use this information to assign the application to this user in JustGrants.

**Section 19 – Intergovernmental Review**: This funding opportunity is subject to Executive Order (E.O.) 12372 (Intergovernmental Review). States that participate in the Intergovernmental Review process have an opportunity to review the applicant's submission. Find the names and addresses of state Single Points of Contact (SPOCs) for Intergovernmental Review at the following website: https://www.ojp.gov/IntergovernmentalReviewSPOCList.pdf. If the applicant's state appears on the SPOC list:

- Contact the state SPOC for information and follow the state's process under E.O. 12372.

- On the SF-424, make the appropriate selection for question 19 once the applicant has complied with its state E.O. 12372 process.

If the applicant's state does not appear on the SPOC list:

- Answer question 19 by selecting, "Program is subject to E.O. 12372 but has not been selected by the state for review."

Applicants are strongly encouraged to register immediately on https://www.grants.gov. Any delays in registering with Grants.gov or submitting the SF-424 may result in insufficient time for processing your application through JustGrants. Refer to the U.S. Department of Justice (DOJ) Application Submission Checklist for additional details.

**For technical assistance with submitting the SF-424, please call the Grants.gov customer service hotline at 800-518-4726, send questions via email to support@Grants.gov, or consult the Grants.gov Organization Applicant User Guide. The Grants.gov Support Hotline operates 24 hours a day, 7 days a week, except on federal holidays.**

## Step Two: JustGrants Application

The remainder of the application will be completed through the Justice Grants System (JustGrants) at https://justicegrants.usdoj.gov/. No other form of application will be accepted. Applications with errors or missing information may be disqualified or rated accordingly. Please note that the application system will not accept incomplete applications or applications with errors.

## Content and Form of Application

This section describes in detail what an application must include. Failure to submit an application that contains all of the specified elements may negatively affect the review of its application; and should a decision be made to make an award; such failure may result in the inclusion of award conditions that prevent the recipient from accessing or using award funds until the recipient satisfies the special conditions and the COPS Office makes the funds available. Applicants must comply with any word and field limit requirements described in this notice of funding opportunity.

Moreover, applicants should anticipate that an application that the COPS Office determines does not address the scope of the solicitation or does not include the application elements that the COPS Office has designated to be critical will neither proceed to peer review nor receive further consideration. For this notice of funding opportunity, the COPS Office has designated the following application elements as mandatory:

- Proposal Abstract (must be brief high-level project description that summarizes the proposed project in 5–6 sentences / 500 words or less)

- Application Questions (must respond to the application questions under the "Data Requested with Application" section)

- Budget Narrative (must be submitted as an attachment in the "Budget/Financial Attachments" section)

- Budget Detail Worksheets (must use the web-based forms in "Budget and Associated Documentation" section)

- Timeline of project deliverables, milestones, activities and who will complete the activities. (must be submitted as an attachment in the "Additional Application Components" section)

- Résumés/Curricula Vitae of Key Personnel (must be submitted as an attachment in the "Additional Application Components" section)

- Letters of support, if applicable (must be submitted as an attachment in the "Additional Application Components" section) -**Optional**

## Proposal Abstract

The proposal abstract is entered into a text box in JustGrants. Briefly summarize (in 5–6 sentences / 500 words or less) how your agency intends to use this award to achieve the stated program goals, if funded. The abstract should include names of applicant and partners, project title, purpose of the project (including goal and intended outcome), primary activities for which funds are requested, key partners, and who will benefit (including geographic area to be served). The abstract should be coherent, concise, and able to stand alone as a project summary. The abstract will not be scored but is used throughout the review process.

Write your project abstract for a general public audience without any personally identifiable or law enforcement sensitive information. Avoid using acronyms or terminology unfamiliar to a general public audience. This abstract, along with other federal award information, may be published on publicly available government-wide websites.

## Data Requested with Application

Applicants must complete the survey questions in the "Data Requested with Application" section of the JustGrants application. A copy of the survey questions required for this NOFO can be found at https://cops.usdoj.gov/cpdmicrogrants.

Please refer to the following steps to help guide you through initiating, completing, modifying, and obtaining the status of notice of funding opportunity surveys in the JustGrants system:

- To **initiate** a survey, please click on the **survey title** to open.

- When you have **completed** the survey, please click the **"Finish"** button on the lower right corner of the screen. The system will direct you to a review screen displaying your survey responses.

- To go back to the initial **list of surveys**, go to the **"Actions"** menu at the top right corner of the screen and select **"Close"** to exit the survey review screen. The survey you just completed will still display an **"Open"** status.

- To **confirm the completed status** of your survey, go back to the **"Actions"** menu and select "**Refresh.**" The status of your completed survey will change to **"Resolved-Completed."**

- If you would like to **verify** the survey responses of a completed survey, you may click the **survey title** to reopen the selected survey and **view** your saved responses.

- If you would like to **change and/or update** the survey responses of a completed survey, you may click the **"Re-open"** option to **update** your saved responses.

- Remember, to **confirm the status** of a completed survey, you will need to click the **"Actions"** menu and **"Refresh."**

## Budget and Associated Documentation

Applicants must complete the web-based budget worksheet form in JustGrants, providing narrative entries in the "additional narrative" field to describe and justify each proposed cost.

The information in the "additional narrative" field(s) should be mathematically sound and correspond clearly with the information provided in the budget detail worksheets. The narrative should explain how the applicant estimated and calculated all costs and how those costs are necessary to the completion of the proposed project and demonstrate the efficient use of funding in achieving program goals.

Note: Costs incurred by the applicant prior to the start date of the period of performance of the federal award are unallowable. Requests for reimbursement of items purchased or expenses incurred prior to the award start date (i.e., pre-agreement costs) will not be approved by the COPS Office.

Note: For-profit organizations (as well as other recipients) must forgo any profit or management fee.

Budget requests may be made in the following categories:

- Civilian personnel (base salary and fringe benefits)
- Travel
- Equipment
- Supplies
- Sub-awards
- Procurement contracts
- Other costs
- Indirect costs

## Allowable and Unallowable Costs

Definitions for each budget category, as well as information on frequent requests as well as typically allowable and unallowable costs can be found at https://cops.usdoj.gov/cpdmicrograms. Before preparing your budget, please refer to the detailed list of allowable and unallowable costs for this program. Please note: The unallowable lists are not exhaustive and are generally considered unallowable for the entire notice of funding opportunity, irrespective of where the applicant adds the requested item in the budget. **The COPS Office reserves the right to deny funding for any items that may not be included in this notice of funding opportunity.**

Please be advised that COPS Office funding must not be used for the following:

1. To directly or indirectly support or subsidize an educational service agency, state educational agency, local educational agency, elementary school, secondary school, or institution of higher education that requires students to have received a COVID-19 vaccination to attend any in-person education program.

2. To promote gender ideology.

3. For projects that provide or advance diversity, equity, inclusion, and accessibility, or environmental justice programs, services, or activities.

4. State and local governments and law enforcement agencies that have failed to protect public monuments, memorials, and statues from destruction or vandalism.

**If awarded, and it is determined that the applicant is not in compliance with the funding restrictions, the COPS Office may place a hold on the award and/or take other remedial action.**

## Budget Narrative

Applicants must also complete and attach a separate budget narrative in the "Budget and Associated Documentation" section. The budget narrative provides a space for further elaboration on project activities detailed in the applicant's responses to application questions. Deliverables and activities that are solely listed in the budget narrative and not described in the applicant's application questions (and vice versa) will be scored negatively during the initial review process. All items will be reviewed on a case-by-case basis and in the context of the allowable and unallowable costs list. The budget narrative should do the following:

- List all requested budget items necessary for completion of the proposed project.

- Match and describe every category of expense listed in the budget detail worksheet.

- Clearly explain the links between specific project activities and the requested budget item(s) needed to implement those activities.

- Be mathematically sound and explain how the applicant estimated and calculated all costs.

- Be complete, cost effective, efficient, and allowable (e.g., reasonable, allocable, and necessary for project activities).

- Describe costs by year and cover the full project period.

The COPS Office provides a template for the budget narrative that can be used as a voluntary tool to assist your organization in developing this required document. You will be able to access the template (Microsoft Word document) on the How to Apply web page under the Notice of Funding Opportunity Resources section. (Please delete the template instructions before submitting.)

The COPS Office strongly recommends that uploaded files be clearly named to indicate the applicant organization name and file contents to ensure that reviewers can easily locate application documents. Recommended file formats are Adobe PDF, Microsoft Word, and Microsoft Excel.

## Other Budget Documentation

### Noncompetitive Justification

Applicants should attach the noncompetitive justification or sole source justification as applicable. Additional guidance can be found in the Sole Source Justification Fact Sheet.

### Indirect Cost Rate Agreement (if applicable)

If the budget includes indirect costs calculated using a current, federally approved indirect cost rate, applicants should attach the indirect cost rate agreement. Additional guidance can be found in the Indirect Cost Rate for COPS Office Awards Fact Sheet.

**Consultant Rate**

Applicants should attach the consultant rate justification as applicable. Additional guidance can be found in the Consultant/Contractor Rate Information for COPS Office Awards Fact Sheet.

The COPS Office strongly recommends that uploaded files be clearly named to indicate the applicant organization name and the file contents to ensure that reviewers can easily locate application documents. Recommended file formats are Adobe PDF, Microsoft Word, and Microsoft Excel.

# Other Supporting Documentation

As applicable, applicants will attach the following additional application attachments in this section:

- Curriculum Vitae or résumés
- Memoranda of Understanding (MOU)
- Letters of Support
- Project Timeline

The COPS Office strongly recommends that uploaded files be clearly named to indicate the applicant organization name and the file contents to ensure that reviewers can easily locate application documents. All other attachments—such as letters of support and résumés—should use descriptive file names identified on the attachment(s) such as "[Applicant]. Resume." Recommended file formats are PDF, Microsoft Word, and Microsoft Excel. The system may reject applications with other formats. If an applicant submits multiple versions of the same document, the COPS Office will review only the most recent system-validated version submitted.

## Curricula Vitae or Résumés

As applicable, applicants will attach a curriculum vitae or résumé for up to three key project staff detailing work experience and educational history and highlighting any experience that is relevant to their ability to successfully carry out assigned project activities.

## Memoranda of Understanding (MOU)

For each named partner, include a signed Memorandum of Understanding (MOU) or a letter of intent that confirms the partner's agreement to support the project through commitments of staff time, space, services, or other project needs.

Each MOU should include the following:

- Names of the organizations involved in the agreement
- What service(s) and other work will be performed under the agreement by each organization
- Duration of the agreement

Submit all MOUs together as one attachment to the application. Unsigned draft MOUs may be submitted with the application, but the applicant should describe in a cover page to the attachment why they are unsigned.

## Letters of Support

In this section, applicants will attach letters of support from partners such as other law enforcement agencies, community organizations, government officials, or other stakeholders as applicable.

Each letter of support may include descriptions of the following:

- Relationship between the applicant and the supporting entity.

- Need for and benefits that would be gained from the project.

- Applicant's capacity to complete the proposed projects.

Submit letters of support together as one attachment. The COPS Office strongly recommends that uploaded files be clearly named to indicate the applicant organization name and the file contents to ensure that reviewers can easily locate application documents. Recommended file formats are PDF, Microsoft Word, and Microsoft Excel.

## Project Timeline

Applicants must attach a separate timeline of activities mapped to the goals and objectives of the proposed project. The timeline must list key activities and milestones and the months/quarters during which they will take place. The timeline attachment should be uploaded in the "Additional Application Components" section of the application.

If funding is awarded, the information provided in the timeline attachment will be used in performance reporting and recipients will have to provide updates on the goals, objectives, and deliverables mentioned in the timeline. The COPS Office encourages applicants to review and link their goals and objectives to the program goals and objectives listed in the Program Description section of this NOFO.

The COPS Office provides a template for the project timeline that can be used as a voluntary tool to assist your organization in developing this required document. You will be able to access the template (Microsoft Word document) on the How to Apply web page under the Notice of Funding Opportunity Resources section. (Please delete the template instructions before submitting.)

Performance reporting for this award occurs semiannually in March and August. Applicants are encouraged to create an efficient timeline with that aligns milestones and objectives with these performance reporting dates is encouraged.

# Disclosures and Assurances

## Lobbying Activities

JustGrants will prompt each applicant to indicate if it is required to complete and submit a lobbying disclosure under 31 U.S.C. § 1352.

The applicant is required by law to complete and submit a lobbying disclosure form (Standard Form/SF-LLL) if it has paid or will pay any person to lobby in connection with the award for which it is applying AND this application is for an award in excess of $100,000. This disclosure requirement is not applicable to such payments by an Indian Tribe, Tribal organization, or any other Indian organization that are permitted by other federal law.

For this requirement, lobbying means influencing or attempting to influence an officer or employee of any agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress.[1] Note: Most applicants do not engage in activities that trigger this disclosure requirement.

An applicant that is not required by law[2] to complete and submit a lobbying disclosure should enter "No." By doing so, the applicant is affirmatively asserting (under applicable penalties) that it has nothing to disclose under 31 U.S.C. § 1352 with regard to the application for the award at issue.

## U.S. Department of Justice (DOJ) Certified Standard Assurances

Review and accept the DOJ Certified Standard Assurances in JustGrants. See the FY25 Resource Guide for Community Policing Advancement (CPA) Programs for additional information.

## DOJ Certifications

Review the DOJ document Certifications Regarding Lobbying; Debarment, Suspension and Other Responsibility Matters; Drug-Free Workplace Requirements; Law Enforcement and Community Policing. Sign the certification document. See the FY25 Resource Guide for Community Policing Advancement (CPA) Programs for more information.

# Standard Applicant Information

To begin the JustGrants application, applicants must first complete a web-based form in JustGrants which is pre-populated with the SF-424 data submitted in Grants.gov. Applicants are required to confirm the two Authorized Representatives (see following) and verify the legal name, address, and enter the ZIP code(s) for the areas affected by the project. For statewide or nationwide projects, the applicant should enter "State" or "National" in this field.

---

[1] See 31 U.S.C. 1352; 28 C.F.R. part 69.
[2] Law referenced is 31 U.S.C. 1352.

The Authorized Representatives are the officials who have ultimate and final responsibility for all programmatic and financial decisions regarding this COPS Office application as representatives of the legal recipient (e.g., your agency or organization).

**Who should be assigned as Authorized Representatives?**

For **law enforcement agencies,** COPS Office awards require that both the top law enforcement executive (e.g., chief of police, sheriff, or equivalent) and the top government executive (e.g., mayor, board chairman, or equivalent) sign the application, and (if awarded funding) accept the award package. Both the top law enforcement executive and the top government executive must be assigned the role of Authorized Representative in JustGrants.

For **non–law enforcement agencies,** (institutions of higher education, school districts, private organizations, etc.), COPS Office awards require that both the programmatic official (e.g., executive director, chief executive officer, or equivalent) and financial official (e.g., chief financial officer, treasurer, or equivalent) sign the application, and (if awarded funding) accept the award package. These two officials must have the ultimate signatory authority to sign contracts on behalf of your organization. Both the programmatic official and the financial official must be assigned the role of Authorized Representative in Just Grants. Please note that nonexecutive positions (e.g., clerks, trustees) are not acceptable Authorized Representatives.

Before applicants can complete this section, the two Authorized Representatives must have established accounts in JustGrants after the Grants.gov portion of the application was submitted. **Please note: Users assigned as Authorized Representatives must log into the JustGrants system to activate their account. Users will not be visible in JustGrants until they have successfully logged into JustGrants.**

For further assistance with accessing JustGrants, please visit the JustGrants website. For further assistance with submitting an application in JustGrants, please visit the JustGrants Training web page.

## Federal Civil Rights and Award Review

Please be advised that an application may not be funded and, if awarded, a hold may be placed on the award if it is deemed that the applicant is not in compliance with federal civil rights laws, is not cooperating with an ongoing federal civil rights investigation, or is not cooperating with a U.S. Department of Justice award review or audit.

## How to Apply

The COPS Office highly recommends applicants work through the JustGrants DOJ Application Submission Checklist before submitting an application for review. This checklist details each step required to prepare a complete and accurate application submission.

## Submission Dates and Time

Completed applications and all mandatory application components must be submitted in JustGrants June 30, 2025, by 4:59 Eastern Standard Time. Please note that technical support will not be available after 5:00 p.m. E.T.

To maintain the integrity of the competitive notice of funding opportunity process, the COPS Office can provide publicly available technical assistance regarding the mechanics of the application but cannot evaluate the merits of an application during the open notice of funding opportunity period.

**For technical support with the Justice Grants System (JustGrants) application, please contact JustGrants Support at [JustGrants.Support@usdoj.gov](mailto:JustGrants.Support@usdoj.gov) or 833-872-5175.** JustGrants Support operates Monday through Friday between the hours of 5:00 a.m. and 9:00 p.m. Eastern Time (ET) and Saturday, Sunday, and federal holidays from 9:00 a.m. to 5:00 p.m. ET. Training on JustGrants can also be found at [https://justicegrants.usdoj.gov/training-resources](https://justicegrants.usdoj.gov/training-resources).

## Late Submissions

The COPS Office will review on a case-by-case basis requests for late submission due to unforeseen technical issues or extraordinary events such as extreme weather emergencies or mass casualty events.

- Requests for an extension of the Grants.gov deadline must be received no later than **June 24, 2025, by 4:59 p.m. ET**

- Requests for an extension of the JustGrants deadline must be received no later than **June 30, 2025, by 4:59 pm. ET**

No late submission requests will be considered after the extension requests deadline. Extension of deadlines is rare and is not guaranteed.

To be considered for an extension, applicants must contact the COPS Office Response Center via email at [AskCopsRC@usdoj.gov](mailto:AskCopsRC@usdoj.gov) detailing the technical/extraordinary issues that impact application submission. This email must be submitted prior to the deadline for which the applicant is requesting an extension. The applicant's email must include the following information:

- UEI number

- Organization name

- Point of contact name and information

- Application ID

- Nature of the issue/disaster and how it affected the applicant's ability to submit the application on time

The email subject line should read "[Insert Program] Extraordinary Circumstances: [UEI number, Agency Name, Application ID]", with your UEI number and organization name and details filled in. **The COPS Office reserves the right to not consider late submission requests that do not include all of the required information listed above.**

The COPS Office will respond to each applicant as soon as possible with either an approval and instructions for submission or a rejection. If the technical issues you reported cannot be validated, the application will be rejected.

The following conditions are not valid reasons to request an extension:

- Failure to begin the registration process in sufficient time

- Failure to follow instructions on Grants.gov or JustGrants

- Failure of the two assigned Authorized Representatives, with the proper authority, to activate accounts in JustGrants prior to application submission

- Failure to follow all the instructions in the notice of funding opportunity

- Failure to register or update information on the SAM website

- Failure to register or complete the SF-424 in grants.gov

Late submissions may be considered for review at the discretion of the COPS Office on a case-by-case basis due to unforeseen technical issues or extraordinary events such as extreme weather emergencies or mass casualty events.

## Application Review Information

### Review Process

The COPS Office is committed to ensuring a fair process for making awards. The COPS Office will review the application to make sure that the information presented is reasonable, understandable, measurable, achievable, and consistent with the notice of funding opportunity. Applications will undergo a standard review and selection process, which includes a review of basic minimum requirements, review panel ratings, administrative compliance review, a COPS Office senior leadership review and recommendation panel, and the COPS Office Director's selection. A description of each phase is provided in the following sections. Applicants are encouraged to review their own application prior to submission, with particular attention given to the Basic Minimum Requirements and each of the Review Criteria specified in the descriptions that follow.

### Basic Minimum Requirements Review

Once the NOFO closes, COPS Office staff screen and evaluate applications for compliance with basic minimum requirements (BMR).

## BMR Review Criteria

Applications that are missing any of the following basic minimum requirements will be disqualified, without exception, and therefore not scored by review panels.

1. Applicant must respond to all application questions.

2. Applicant must provide a separate budget narrative that is 60 percent or more allowable.

3. Applicant must be a state, local, tribal, or territorial law enforcement agency

4. The proposed project must be within scope of the solicitation.

## Peer Review

A team of reviewers will evaluate applications that meet the eligibility basic minimum requirements. The COPS Office may use internal reviewers, external reviewers, or a combination to assess applications on technical merit using the NOFO's review criteria. An external reviewer is an expert in the subject matter of a given topic area who is not a current federal employee. An internal reviewer is a current federal employee who is well-versed or has expertise in the subject matter of the subcategory. Feedback is advisory only, although reviewer views are considered carefully. Reviewers will be asked to review applications based on the application subcategory and the NOFO's stated purpose for the funding. Reviewers will also be asked to consider the subcategory-specific solicited goals, requirements, and deliverables described in the NOFO language.

Upon completion of their reviews, reviewers will recommend applications that should advance to the next round of review.

## Review Criteria

Applications are reviewed based on the overall quality of the responses to the following elements, with no one element varying in importance.

### Problem identification and project description

- Clearly identifies how the project fulfils a specific public safety need.

- Describes the major activities the agency will undertake if funded.

- Identifies how the proposed project will assist their agency in implementing or institutionalizing community policing.

- Describes how the approach is innovative and how the agency will build on prior program success, including information on whether the approach has been previously practiced or tested by another agency.

- Describes the final deliverables of the project and how they contribute to the solicitation goals and requirements.

### Project reach and impact

- Identifies any current governmental, community or agency initiatives that complement or will be coordinated with the proposed activities.

- Describes the potential impact of the project to the law enforcement field as a whole.

- Identifies specific outcomes the agency expects to accomplish with the funding and how will the project team track or measure them.

- Describes how these efforts could be sustained once the award ends.

### Management and implementation

- Describes the overall management and implementation plan for the project, including identification of any key community or other stakeholder partnerships (community groups, private and/or public agencies) that will play a role in the implementation of this project.

- Identifies key project staff and their experience as well as the agency capacity to carry out the project.

### Budget

- Provides a detailed budget narrative with costs that are allowable, appropriate, and reasonable relative to the level of effort and critical to the completion of the project.

- Provides a budget narrative that adequately justifies the budget and matches the feasibility and intent of the proposed project.

- Provides a detailed budget that matches the tasks and deliverable(s) outlined in the application.

- Provides detailed breakdowns of each budget category and justification for total costs, such as per unit over time or reasonable estimate at time of application submission.

- Provides appropriate budget justification documentation which may include a current indirect cost rate agreement, sole source justification, and consultant rate justification.

- Identifies how strategy makes use of time- and cost-saving methods for conducting project work to achieving goals and objectives while not sacrificing quality outcomes.

## Cooperation with Federal Immigration Officials

In addition to the criteria listed earlier, the COPS Office will provide priority consideration to state or local law enforcement applicants that respond affirmatively to the application question related to cooperation with federal immigration officials.

Any applicable priority consideration(s) is only one of many factors in making COPS Office funding decisions and does not guarantee an award.

## Administrative Compliance Review

All advancing applications will undergo an administrative compliance review. Past financial and programmatic performance with U.S. Department of Justice (DOJ) award funding will be considered in this review process. Past performance may affect the overall rating and ranking of an application. Factors that may be included in the past performance review include the following:

- Applicant adherence to all special conditions in prior awards

- Applicant compliance with programmatic and financial reporting requirements

- Applicant completion of closeout for prior awards in a timely manner

- Whether the applicant has received financial clearances in a timely manner

- Applicant timely resolution of issues identified in an audit or monitoring review

- Applicant adherence to single audit requirements

- Applicant timely completion of work and use of funds in prior awards

Pursuant to 2 C.F.R. Part 200 ("Uniform Guidance"), before award decisions are made, the COPS Office also reviews information related to the degree of risk posed by applicants. Among other things to help assess whether an applicant with one or more prior federal awards has a satisfactory record with respect to performance, integrity, and business ethics, the COPS Office checks whether the applicant is listed in SAM as excluded from receiving a federal award.

The COPS Office must also review and  consider any information about the applicant that appears in the nonpublic segment of the integrity and performance system accessible through SAM (currently, the Federal Awardee Performance and Integrity Information System, "FAPIIS"). Applicants may review and comment on any information about their organization or agency in SAM that a federal awarding agency previously entered in the designated integrity and performance system, and such applicant comments will also be reviewed and considered.

The COPS Office may contact applicants regarding budget and financial questions as part of the review process. Contact is not indicative of an award decision. Based on risk findings, the COPS Office may remove an applicant from consideration or apply additional post-award conditions for oversight of the award should it be selected for funding.

## Senior Leadership Review

Applications advancing from the initial review undergo a second review conducted by a separate team of federal employees. Evaluation at this stage includes administrative compliance review, alignment with Administration priorities, past performance, project scope, availability of funding, and budget cost-effectiveness.

## Director's Selection

Absent explicit statutory authorization or written delegation of authority to the contrary, all final award decisions will be made by the Director of the COPS Office, who may also give consideration to factors including prior funding history, current award balances, underserved populations, population served, geographic variety, strategic priorities, past performance, significant concerns regarding ability of the applicant to administer federal funds, and available funding when making awards.

## Federal Award Notices

It is anticipated that awards will be announced on or after **October 1, 2025**. Any public announcements will be posted on the COPS Office website. **All award decisions are final and not subject to appeal.**

Notice of award will be sent electronically from JustGrants to the Application Submitter, Authorized Representative, and Entity Administrator. Please note that this notice of award is NOT an authorization to begin performance. This award notification will include instructions on accessing the official award package in JustGrants, enrolling in Automated Standard Application for Payments (ASAP), and accepting the award. The notice of award will contain details about the award including start and end dates, funding amounts, and award conditions. Recipients will be required to log into JustGrants to review, sign, and accept the award package. Applicants not selected for award will receive notification after all award recipients have been notified.

To officially accept and begin your award, your organization must access your award package at https://justgrants.usdoj.gov/. Once you access your account, two Authorized Representatives will review and electronically sign the award document (including award terms and conditions and, if applicable, any special award conditions or high-risk conditions) within **45 days of the date shown on the award congratulatory letter**, unless an extension is requested and granted.

The two assigned Authorized Representatives (Law Enforcement Executive / Programmatic Official and Government Executive / Financial Official), as described in the Application Contents and Format section, are required to sign the award package. If either or both Authorized Representatives change between application submission and award receipt, the Entity Administrator will need to update the Authorized Representative(s) in JustGrants.

**Your organization will not be able to draw down award funds until the COPS Office receives your signed award document.** For more information on accepting your award, please visit the JustGrants Training page for step-by-step instructions.

# The Award Package

The federal award package is the document indicating your official award funding amount, the award number, the award terms and conditions, and award start and end dates. The award start date indicated in the award package means that your organization may be reimbursed for any allowable costs incurred on or after this date. The duration of award is 24 months.

Your FY25 award number is in the following format: 15JCOPS-25-XX-XXXXX-XXXX. The COPS Office tracks award information using this number; therefore, it is important to have your award number readily available when corresponding with the COPS Office.

The award terms and conditions are listed in the award package. In limited circumstances, your award package may include additional award conditions or high-risk conditions that prevent your organization from drawing down or accessing award funds until the COPS Office determines that these conditions have been satisfied. Acceptance of the award is an acknowledgement that you are obtaining federal funds from the COPS Office. As part of that agreement, your organization acknowledges that it will comply with all applicable award terms and conditions, including any award or high-risk conditions.

## Administrative and National Policy Requirements

In addition to implementing the funded project consistent with the approved project proposal and budget, the recipient must also comply with award terms, conditions, and other legal requirements including, but not limited to, Office of Management and Budget (OMB), U.S. Department of Justice (DOJ), or other federal regulations that will be included in the award or incorporated into the award by reference or applicability.

The COPS Office strongly encourages applicants to review applicable requirements and terms and conditions prior to submitting an application. Terms and conditions for COPS Office awards are available on the COPS Office website in the FY25 Resource Guide for Community Policing Advancement (CPA) Programs and conditions are subject to change before the award is issued. The FY25 Resource Guide for Community Policing Advancement (CPA) Programs also contains additional requirements which apply to this application and award, including audit requirements, suspension, and termination requirements.

## Terms, Conditions, and Award Requirements

Please review carefully the FY25 Resource Guide for Community Policing Advancement (CPA) Programs for a full description of each of the listed terms, conditions, and other requirements for this COPS Office program. By submitting your application, your organization assures the COPS Office that you agree to the terms, conditions, and requirements. If awarded funds, by accepting your COPS Office award, your organization agrees to comply with all terms, conditions, and other requirements in your award package and any additional special or high-risk conditions that may be imposed on your award.

# Administrative Actions and Legal Remedies Related to Federal Awards

Please be advised that an application may not be funded or, if awarded, a hold may be placed on this application if it is deemed that the applicant is not in compliance with federal civil rights laws, is not cooperating with an ongoing federal civil rights investigation, or is not cooperating with a U.S. Department of Justice award review or audit.

Misuse of COPS Office funds or failure to comply with all COPS Office award requirements may result in legal sanctions including suspension and termination of award funds, the repayment of expended funds, ineligibility to receive additional COPS Office funding, designation on the U.S. Department of Justice (DOJ) High Risk List, and other remedies available by law.

Under the False Claims Act, any credible evidence that a person has submitted a false claim or has committed a criminal or civil violation of laws pertaining to fraud, conflict of interest, bribery, gratuity, or similar misconduct involving COPS Office funds may be referred to the Office of Inspector General (OIG). The OIG may be contacted at **oig.hotline@usdoj.gov**, https://oig.justice.gov/hotline/index.htm, or 800-869-4499.

## Remedies for Noncompliance

Under 2 C.F.R. § 200.339, if the recipient fails to comply with award terms and conditions, the Federal awarding agency may impose additional conditions or take one or more of the following actions as appropriate in the circumstances:

- Temporarily withhold cash payments pending correction of the deficiency by the non-Federal entity or more severe enforcement action by the Federal awarding agency or pass-through entity.

- Disallow (that is, deny both use of funds and any applicable matching credit for) all or part of the cost of the activity or action not in compliance.

- Wholly or partly suspend or terminate the Federal award.

- Initiate suspension or debarment proceedings as authorized under 2 C.F.R. Part 180 and Federal awarding agency regulations (or, in the case of a pass-through entity, recommend such a proceeding be initiated by a Federal awarding agency).

- Withhold further Federal awards for the project or program.

- Take other remedies that may be legally available.

Prior to imposing sanctions, the COPS Office will provide reasonable notice to the recipient of its intent to impose sanctions and will attempt to resolve the problem informally. Appeal procedures will follow those in the U.S. Department of Justice regulations in 28 C.F.R. Part 18. Awards terminated due to noncompliance with the federal statutes, regulations, or award terms and conditions will be reported to the integrity and performance system accessible through SAM (currently FAPIIS).

False statements or claims made in connection with COPS Office awards may result in fines, imprisonment, debarment from participating in federal awards or contracts, and any other remedy available by law.

Please be advised that recipients may not use COPS Office funding for the same item or service also funded by another U.S. Department of Justice award.

## Federal Awarding Agency Contact(s)

For technical assistance with submitting the SF-424, please call the Grants.gov customer service hotline at 800-518-4726, send questions via email to **support@Grants.gov**, or consult the Grants.gov Organization Applicant User Guide. The Grants.gov Support Hotline operates 24 hours a day, 7 days a week, except on federal holidays.

For technical support with the Justice Grants System (JustGrants) application, please contact JustGrants Support at **JustGrants.Support@usdoj.gov** or 833-872-5175. JustGrants Support operates Monday through Friday between the hours of 5:00 a.m. and 9:00 p.m. Eastern Time (ET) and Saturday, Sunday, and federal holidays from 9:00 a.m. to 5:00 p.m. ET. Training on JustGrants can also be found at https://justicegrants.usdoj.gov/training-resources.

For programmatic assistance with the requirements of this program, please call the COPS Office Response Center at 800-421-6770 or send questions via email to **AskCopsRC@usdoj.gov**. The COPS Office Response Center operates Monday through Friday, 9:00 a.m. to 5:00 p.m. ET, except on federal holidays.

## Freedom of Information Act and Privacy Act (5 U.S.C. §§ 552 and 552a)

All applications submitted to the COPS Office (including all attachments to applications) are subject to the federal Freedom of Information Act (FOIA) and to the Privacy Act. By law, DOJ may withhold information that is responsive to a request if DOJ determines that the responsive information is protected from disclosure under the Privacy Act or falls within the scope of one or more of the nine statutory exemptions under FOIA. DOJ cannot agree not to release some or all portions of an application/award file in advance of a request pursuant to the FOIA.

In its review of records that are responsive to a FOIA request, the COPS Office will withhold information in those records that plainly falls within the scope of the Privacy Act or one of the statutory exemptions under FOIA. Some examples include certain types of information in budgets and names and contact information for project staff other than certain key personnel. In appropriate circumstances, the COPS Office will request the views of the applicant/recipient that submitted a responsive document.

## Feedback to the COPS Office

The COPS Office welcomes applicant feedback on this notice of funding opportunity, the application submission process, and the application review process. Provide feedback via email to **AskCopsRC@usdoj.gov** (Subject line: "FY25 CPD Microgrants Feedback").

**Important:** This email is for feedback and suggestions only. Replies are not sent from this mailbox. If you have specific questions on any program or technical aspect of the notice of funding opportunity, you must contact the COPS Office Response Center at **AskCopsRC@usdoj.gov**.

# COPS Office Other Information

## Reporting, monitoring, and evaluation requirements

### Reporting

If awarded funds, your organization will be required to submit quarterly Standard Form 425 (SF-425) and Federal Financial Reports (FFR) and semiannual Programmatic Performance Reports (see the FY25 Resource Guide for Community Policing Advancement (CPA) Programs for details on performance reporting). Recipients should be prepared to track and report program award funding separately from other funding sources (including other COPS Office federal awards) to ensure accurate financial and programmatic reporting on a timely basis.

Recipients should ensure that they have financial internal controls in place to monitor the use of program funding and ensure that its use is consistent with the award terms and conditions. Good stewardship in this area includes written accounting practices, use of an accounting system that tracks all award drawdowns and expenditures, and the ability to track when award-funded positions are filled or approved purchases are made.

**Failure to submit complete reports or submit reports in a timely manner will result in the suspension and possible termination of a recipient's COPS Office award funding or other remedial actions (see the Post Award Requirements & Award Administration section for details).**

## Monitoring

Federal law requires that agencies receiving federal funding from the COPS Office be monitored to ensure compliance with their award conditions and other applicable statutory regulations. The COPS Office is also interested in tracking the progress of our programs and the advancement of community policing. Both aspects of award implementation—compliance and programmatic benefits—are part of the monitoring process coordinated by the U.S. Department of Justice.

In addition to required performance and financial reporting, awarded organizations will be responsible for the timely submission of a final Closeout Report and any other required final reports. All COPS Office recipients will be required to participate in such award monitoring activities of any part of the U.S. Department of Justice, including but not limited to the COPS Office, the Office of the Inspector General, or any entity designated by the COPS Office.

Please note that the COPS Office may take a number of monitoring approaches, such as site visits, enhanced office-based award reviews, alleged noncompliance reviews, and periodic surveys to gather information and ensure compliance. The COPS Office may seek information including, but not limited to, your organizational compliance with non-supplanting programmatic, and financial requirements of the award, and your progress toward achieving your community policing strategy.

The COPS Office is particularly interested in confirming that the purchase of items and/or services is consistent with the applicant's approved award budget.

If awarded funds, you agree to cooperate with and respond to any requests for information pertaining to your award in preparation for any of the above-referenced award monitoring activities. Please feel free to contact your COPS Office Grant Manager to discuss any questions or concerns you may have regarding the monitoring, reporting, and evaluation requirements.

## Program Evaluation

Though a formal assessment is not a requirement, awarded organizations are strongly encouraged to conduct an independent assessment of their respective award-funded projects. Project evaluations have proven to be valuable tools in helping organizations identify areas in need of improvement, providing data about successful processes, and reducing vulnerabilities.

Selected award recipients shall be evaluated on the local level or as part of a national evaluation, pursuant to guidelines established by the Attorney General. Such evaluations may include assessments of individual program implementations. In select jurisdictions that can support outcome evaluations, measurement of the effectiveness of funded programs, projects, and activities may be required. Outcome measures may include crime and victimization indicators, quality of life measures, community perceptions, and police perceptions of their own work.

# Financial Management and System of Internal Controls

Award recipients and subrecipients must, as set out in the Uniform Guidance at 2 C.F.R. § 200.303, do the following:

- Establish, document, and maintain effective internal control over the federal award that provides reasonable assurance that the recipient or subrecipient is managing the federal award in compliance with federal statutes, regulations, and the terms and conditions of the federal award. These internal controls should align with guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States and the "Internal Control Integrated Framework" issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).

- Comply with the U.S. Constitution, federal statutes, regulations, and the terms and conditions of the federal award.

- Evaluate and monitor the recipient's or subrecipient's compliance with statutes, regulations, and the terms and conditions of federal awards.

- Take prompt action when instances of noncompliance are identified.

- Take reasonable cybersecurity and other measures to safeguard protected personally identifiable information (PII) and other information. This also includes information the the federal awarding agency or pass-through entity designates as sensitive or other information the recipient or subrecipient considers sensitive and is consistent with applicable federal, state, local, and tribal laws regarding privacy and responsibility over confidentiality.

# Audit Requirement

The Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards at 2 C.F.R. Part 200, Subpart F – Audit Requirements, available at https://www.ecfr.gov/current/title-2/subtitle-A/chapter-II/part-200/subpart-F, establish the requirements for organizational audits that apply to COPS Office award recipients. Recipients must arrange for the required organization-wide (not award-by-award) audit in accordance with the requirements of Subpart F.

## Civil Rights

All recipients are required to comply with nondiscrimination requirements contained in various federal laws. A memorandum addressing federal civil rights statutes and regulations from the Office for Civil Rights, Office of Justice Programs will be included in the award package for award recipients. All applicants should consult the Assurances form to understand the applicable legal and administrative requirements.

## Funding to Faith-Based Organizations

Faith-based organizations may apply for this award on the same basis as any other organization, as set forth at, and subject to the protections and requirements of, this part and any applicable constitutional and statutory requirements, including 42 U.S.C. 2000bb *et seq.* The Department of Justice will not, in the selection of recipients, discriminate for or against an organization on the basis of the organization's religious character, motives, or affiliation, or lack thereof, or on the basis of conduct that would not be considered grounds to favor or disfavor a similarly situated secular organization.

A faith-based organization that participates in this program will retain its independence from the Government and may continue to carry out its mission consistent with religious freedom and conscience protections in Federal law.

An organization may not use direct Federal financial assistance from the Department of Justice to support or engage in any explicitly religious activities except when consistent with the Establishment Clause of the First Amendment and any other applicable requirements. An organization receiving Federal financial assistance also may not, in providing services funded by the Department of Justice, or in their outreach activities related to such services, discriminate against a program beneficiary or prospective program beneficiary on the basis of religion, a religious belief, a refusal to hold a religious belief, or a refusal to attend or participate in a religious practice.

For additional guidance, please visit Civil Rights | Partnerships with Faith-Based and Other Neighborhood Organizations | Office of Justice Programs (ojp.gov).

## Section 508 of the Rehabilitation Act

If you are an applicant using assistive technology and you encounter difficulty when applying, please contact the COPS Office Response Center at **AskCopsRC@usdoj.gov**. The department is committed to ensuring equal access to all applicants and will assist any applicant who may experience difficulties with assistive technology when applying for awards using the JustGrants System.

You are not required to respond to this collection of information unless it displays a valid OMB control number. The OMB control number for this application is 1103-0098, and the expiration date is 05/30/2025.

## Public Reporting Burden: Paperwork Reduction Act Notice

The public reporting burden for this collection of information is estimated to be up to 11.3 hours per response, depending upon the COPS Office program being applied for, which includes time for reviewing instructions. Send comments regarding this burden estimate or any other aspects of the collection of this information, including suggestions for reducing this burden, to the Office of Community Oriented

Policing Services, U.S. Department of Justice, 145 N Street NE, Washington, DC 20530; and to the Public Use Reports Project, Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503. For any questions or comments, please contact Donald Lango, COPS Office Paperwork Reduction Act Program Manager, at **Donald.Lango@usdoj.gov**.

## Performance Measures

To assist in fulfilling the U.S. Department of Justice's responsibilities under the Government Performance and Results Act Modernization Act (GPRA Modernization Act) of 2010, P.L. 111–352, recipients who receive funding from the Federal Government must measure the results of the work that funding supports. This act specifically requires the COPS Office and other federal agencies to set program goals, measure performance against those goals, and publicly report progress in the form of funding spent, resources used, activities performed, services delivered, and results achieved.

Performance measures for this program will include the following:

- Extent to which COPS Office award funding (e.g., for officers, equipment, training, technical assistance) has increased your agency's community policing capacity
- Extent to which COPS Office knowledge resources (e.g., publications, podcasts, training) have increased your agency's community policing capacity

The objective of these performance measures is to increase the capacity of law enforcement agencies to implement community policing strategies that strengthen partnerships for safer communities and enhance law enforcement's capacity to prevent, solve, and control crime through funding for personnel, technology, equipment, and training.

Recipients will rate the effectiveness of the COPS Office funding in increasing its community policing capacity. Data will be collected on a periodic basis through performance reports.

COPS Office awards target increasing recipient capacity to implement community policing strategies within the three primary elements of community policing: (1) problem solving, (2) partnerships, and (3) organizational transformation. The COPS Office requires all applicants to describe how the personnel, technology, equipment, supplies, travel, or training requested will assist the applicant in implementing community policing strategies.

The performance measures for this program can be found at Compliance and Reporting | COPS OFFICE.

As part of the programmatic performance reports, all recipients will be required to report on their progress toward implementing community policing strategies. Based on the data collected from recipients, the COPS Office may make improvements to the program to better meet the program's objective and law enforcement agency needs.

## Application Checklist

Please refer to the JustGrants DOJ Application Submission Checklist.

# EXHIBIT 2

**Standard Applicant Information**

**Project Information**

| Project Title | Proposed Project Start Date | Proposed Project End Date |
|---|---|---|
| SPPD downtown homelessness initiative. | 10/1/25 | 9/30/27 |
| **Federal Estimated Funding (Federal Share)** | **Applicant Estimated Funding (Non-Federal Share)** | **Program Income Estimated Funding** |
| 85502.0 | 0.0 | 0.0 |
| **Total Estimated Funding** | | |
| 85502.0 | | |

**Areas Affected by Project (Cities, Counties, States, etc.)**

No items

**Type Of Applicant**

**Type of Applicant 1: Select Applicant Type:**
C: City or Township Government

**Type of Applicant 2: Select Applicant Type:**
——

**Type of Applicant 3: Select Applicant Type:**
——

**Other (specify):**
——

**Application Submitter Contact Information**

**Application POC Prefix Name**
——

| **Application POC First Name** | **Application POC Middle Name** | **Application POC Last Name** |
|---|---|---|
| Scott | —— | Hvizdos |

**Application POC Suffix Name**
——

| **Organizational Affiliation** | **Title** | **Email ID** |
|---|---|---|
| Saint Paul Police Department | Grants Specialist | sppd-grants@ci.stpaul.mn.us |
| **Phone Number** | **Fax Number** | |
| 651-266-5414 | —— | |

**ORINumber**
——

**Executive Order and Delinquent Debt Information**

Is Application Subject to Review by State Under Executive Order 12372? ★

b. Program is subject to E.O. 12372 but has not been selected by the State for review

**Is the Applicant Delinquent on Federal Debt?**
No

**SF424 Attachments  (2)**

| | Name | Date Added |
|---|---|---|
| | [Form SF424_4_0-V4.0.pdf](#) | 6/11/25 |
| | [GrantApplication.xml](#) | 6/11/25 |

## Authorized Representative

| Law Enforcement Executive Information | Government Executive Information |
|---|---|
| **Title** | **Title** |
| Chief | Mayor |
| **Prefix Name** | **Prefix Name** |
| —— | —— |
| **First Name   Middle Name   Last Name** | **First Name   Middle Name   Last Name** |
| Axel          ——            Henry | Melvin         ——            Carter |
| **Suffix Name** | **Suffix Name** |
| —— | —— |

## Verify Legal Name, Doing Business As, and Legal Address

**Legal Name**                                          **Doing Business As**

CITY OF SAINT PAUL

**UEI**

Q91BDNBC1VT7

**Legal Address**
**Street 1**

367 GROVE ST

**Street 2**

| **City** | **State** | **Zip/Postal Code** |
|---|---|---|
| SAINT PAUL | MN | 55101 |

| **CongressionalDistrict** | **Country** |
|---|---|
| 04 | USA |

**Certification**

The legal name + Doing Business As (DBA) and legal address define a unique entity in the system as represented in its entity profile. The profile legal name and address is applicable to ALL applications and awards associated to this fiscal agent.

1. If this information is correct confirm/acknowledge to continue with completion of this application.

**I confirm this is the correct entity.**

**Signer Name**

SCOTT HVIZDOS

**Certification Date / Time**

06/30/2025 03:59 PM

2. If the information displayed does not accurately represent the legal entity applying for federal assistance:
   a. Contact your Entity Administrator.
   b. Contact the System for Award Management (SAM.gov) to update the entity legal name/address.

3. If the above information is not the entity for which this application is being submitted, Withdraw/Delete this application. Please initiate a new application in Grants.gov with using the correct UEI/SAM profile.

**Proposal Abstract**    *

Lower-level offenses in the downtown area of St. Paul are disproportionately committed by chronically homeless individuals, and discourage people from living, working or visiting the cultural and commercial center of the city. It is generally ineffective and inefficient to respond purely with law enforcement or criminal justice system methods.

The SPPD has previously paired officers with staff from social service agencies to respond to chronic situations such as homelessness. Here we propose gathering multiple public and private agencies to develop clear plans and protocols for responding to homeless individuals in the downtown areas.

Once established, we will routinize these protocols into the work of our downtown beat patrol officers, resulting in a decline in quality-of-life type offenses such as vandalism, public drug use or panhandling that turns into harassment.

**Data Requested with Application**    *

⌄ **FY25 CPD MG Eligibility**

Applicant Eligibility

Type of Agency (select one)

Law Enforcement

From the list below, please select the type of agency which best describes the applicant. Law Enforcement Entities

Municipal Police

Are you a state or local governmental entity applying for this funding opportunity?

Yes

If yes, is your agency in compliance with 8 U.S.C. §1373, which provides that State and local government entities may not prohibit, or in any way restrict, any government entity or official from sending to, receiving from, maintaining, or exchanging information regarding citizenship or immigration status, lawful or unlawful, of any individual with components of the U.S. Department of Homeland Security or any other federal, state or local government entity? This includes any prohibitions or restrictions imposed or established by a State or local government entity or official. For additional information, please see the appendices in the FY25 Resource Guide for CPA Programs.

Yes

An agency with primary law enforcement authority is defined as the first responder to calls for service for all types of criminal incidents within its jurisdiction. Agencies are not considered to have primary law enforcement authority if they only: respond to or investigate specific type(s) of crime(s), respond to or investigate crimes within a correctional institution, serve warrants, provide courthouse security, transport prisoners, have cases referred to them for investigation or investigational support or only some combination of these. Based on this definition, does your agency have primary law enforcement authority? [Or, if contracting to receive services, does the agency that will be providing law enforcement services have primary law enforcement authority for the population to be served?]

yes

A law enforcement is established and operational if the jurisdiction has passed authorizing legislation and it has a current operating budget. Based on the definition above, is your agency established and currently operational?

Yes

Please indicate if your jurisdiction is primarily considered rural, urban, or suburban.

Urban

Enter the current number of sworn officers for your agency below:

553

Program Selection

Instructions: Applicants for the Community Policing Development (CPD) Microgrants program must select one subcategory from the below list. Please select the CPD Microgrants subcategory that you are applying under:

Homelessness and Squatting

If you selected the Violent Crime Prevention - Other subcategory, please describe your proposed topic in the field below.

——

If you selected the Open subcategory, please describe your proposed topic in the field below.

——

Based on your selection in the previous question, please describe the specific audience in the following text box. (max 250 words) Please note when describing the specific audience: For the purposes of the community, the COPS Office includes community groups, other government agencies, nonprofit, businesses, and general residents as part of the audience. For the purposes of the youth/student audience, the COPS Office includes all individuals under the age of 18 as well as specific subpopulations of youth including high-risk, justice involved, future officer, or in school-based settings. Finally, for the purposes of law enforcement audience, the COPS Office includes prospective officers as well.

There are two primary audiences for the proposed project:
The first is individuals experiencing chronic homelessness in downtown St. Paul.
The second is the broader community that lives, works or owns businesses in downtown, or comes to downtown St. Paul for events, shopping and recreation.

⌄ **FY25 CPD MG App Quest**

Problem Identification and Problem Description

What are the major activities that your agency will implement if funded? (max 250 words)

The basic plan is to reduce the number of incidents involving chronically unhoused people in downtown St Paul by improving communication and cooperation between the SPPD and agencies that carry out outreach, access, services and referrals.
Major activities include:
• Our partner/subgrantee People Incorporated acting as a facilitator with other agencies that work with unsheltered individuals (Radius, Guild, Listening House)
• The SPPD acting as a facilitator with other city departments or units (e.g. HART, Familiar Faces, ONS, Ramsey County)
• Planning sessions on how relevant groups can coordinate their various strengths (street outreach, immediate needs, referral networks etc) to work with unhoused individuals in downtown, resulting in an action plan and protocols.
• Training for SPPD officers on how best to respond to chronically unhoused in downtown, including making best use of the new coordinated approach
• OT for downtown beat officers to implement the new approach, and for staff of other city departments (who currently rarely work weekends and evenings but would be needed for implementation of some activities).

What is novel or innovative about the approach or how will your agency build on prior program success? Novel or innovative means new, creative, not previously attempted (by your agency or generally across your region or the nation). Please include information on whether the approach has been previously practiced or tested by another agency. (max. 250 words)

There have been efforts to link police and service providers - including the SPPD's own previous COAST Unit, which paired officers with licensed social workers to work with individuals experiencing homelessness, chemical dependency or mental health challenges.
This approach has been shown to reduce public safety issues. For example, the LEAD program of Seattle has well-documented success in reducing recidivism among people suspected of low-level drug and prostitution activity (see, e.g.: "Seattle's Law Enforcement Assisted Diversion (LEAD): Program effects on recidivism outcomes" in Evaluation and Program Planning 64 (2017), by Collins, Lonczak and Clifasef).
The emphasis here is not adding new services, but coordinating a range of responses and organizing a network that links the strengths of multiple public and private agencies – from the officers who initially encounter homeless individuals to the agencies that can provide long-term solutions, with multiple elements in between. The concentration of these efforts in a specific geographic area also provides the possibility of greater involvement from the broader community.
Thus the proposed model has a similar foundation – providing alternatives to the criminal justice system by involving services that prevent low-level criminal behavior. But there are also differences. For example, the individuals referred to LEAD had been arrested - in this model, that will not necessarily be the case. And LEAD was a single diversion program that served as an alternative to prosecution; we propose a better coordination of services among many agencies, to reach and support a wider range of individuals in different ways.

What are the final deliverables of the project? How do they contribute to the notice of funding opportunity goals and requirements? (max 250 words)

• Written protocols clarifying common goals, unique roles of the participating partners, and how to best identify and respond to different types of situations involving individuals experiencing homelessness. Of particular interest to the SPPD is articulation of when the participation of uniformed officers helps with a situation, and when work should be done by others.
• A curriculum for training SPPD officers that can be shared with other cities across the country.
• A decrease in "quality of life" offenses experienced in downtown St. Paul (these are disproportionately committed by individuals experiencing chronic homelessness).
These deliverables closely align with the stated goals and strategies stated in the Notice of Funding Opportunity, which emphasizes outreach, interagency collaboration, and training law enforcement officers on the best practices for addressing homelessness.

Project Reach and Impact

Identify any current governmental and community initiatives that complement or will be coordinated with the proposal. (max 250 words)

The city of St. Paul has initiatives that will be included in this project.
In 2021, the Department of Safety and Inspections created the Homeless Assistance Response Team (HART) to respond to the rise in homeless encampments as a result of COVID and the longer-term crisis of affordable housing. An emphasis of HART is the city's active encampments, of which there were 27 in September 2024.
The city's Housing and Redevelopment Authority is part of the Familiar Faces program, in partnership with Ramsey County and Heading Home Ramsey. It works with a small number of unhoused individuals who frequently interact with emergency services.
In 2022, the city of Saint Paul established the Office of Neighborhood Safety (ONS), which leads the advancement of the city's Community-First Public Safety framework through the coordination of activities such as violence prevention strategies and alternative response. ONS collaborates closely with the SPPD and the city's Department of Safety and Inspections, and Fire Department. ONS also has developed strong partnerships with a variety of community groups that can be engaged in possible solutions.
In the "General Solicitation" section below, additional information is provided about community partners that are also expected to play a role in this project.

Describe the potential impact of the project, if successful, to the law enforcement field as a whole or to a specific subset of the law enforcement field. (max. 250 words)

Individuals committing serious crimes – whether homeless or not – will always garner priority attention from law enforcement and the criminal

justice system. The emphasis here is lower-level crimes – for example, smashing a window, public drug use or panhandling that turns into harassment. For these actions, responding after the fact is problematic for multiple reasons. For one, a criminal justice response to minor crimes rarely accomplishes much – if arrest and prosecution is even warranted, it will usually result in minimal action, and the offender usually returns to this type of behavior repeatedly. Second, the damage to the sense of safety for individuals in the area is already done, and difficult to rebuild.

It is necessary to take an approach based on prevention, and diverting individuals from these activities. Law enforcement can play a role in that – they have daily encounters with the individuals who commit these minor crimes, as well as the people who are affected by them. But chronic homelessness – often wrapped up with challenges of poverty, mental health, chemical use, and more – is complex and usually requires lengthy engagement. Law enforcement needs partners with a range of capacities and strengths to interrupt a repetitive cycle of brief and unproductive encounters between the unhoused individual and law enforcement.


What specific outcomes does your agency expect to accomplish with this funding and how will the project team track or measure them? (e.g. What data will you gather in order to assist with evaluating the effectiveness of the program?  Why did you choose that data?)  (max 250 words)

The primary outcome we will track is "quality of life" crimes reported in the downtown district of St. Paul. After the project is fully implemented, we expect these to decrease by more than the previous year, and to decrease more rapidly than total offenses.

In 2024 there was a total of 2570 NIBRS offenses recorded in downtown Saint Paul, with 1349 of these being quality-of-life offenses. Through June 12, 2025 there have been 1004 total NIBRS offenses, with 534 of them being quality of life offenses. That pace, if maintained, would represent a 12.5% decrease in total offenses from 2024 to 2025, and an 11.4% decrease in quality-of-life offenses.

We chose quality-of-life offenses because they are disproportionately committed by individuals who are unhoused, and this is information we already track, making it possible to create a baseline and indicators of progress once proposed activities are implemented. It is also the closest match for the project's focus on lower-level crimes.

We also track calls to service at each of the five unsheltered service locations/shelters in downtown St. Paul, and we can use this as a secondary indicator. But since we are primarily interested in the wider downtown area – not just these five locations - we will use quality of life offenses throughout downtown as the primary outcome.


Please describe how these efforts will be sustained once the award ends. (max 250 words)

The most significant reason we are proposing this approach is its sustainability. The main benefit will be the organization or coordination of existing services, rather than creation of new services. Once these new practices are routinized, they should be sustainable with little or no additional resources beyond the life of the grant.



Management and Implementation

Describe the overall management and implementation plan for the project. Note: You will need to upload a timeline of project deliverables, activities, and milestones in the "Additional Application Components" section.  (max 250 words)

The plan, in summary is:

Two months to finalize MOUs and other necessary arrangements with People Incorporated, other city departments, and other lead partners.

Eight months to gather participating agencies, hold discussions, and finalize the protocols.

Trainings of officers and personnel of partner agencies start by the end of the first year of the grant and are most intense for four months.

Secondary trainings continue through the end of the year.

Full implementation of collaborative activities take place in year 2 of the grant.

In the final two months, there will be evaluation of initial progress and revisions as needed.


Please identify key project staff and their experience as well as the agency capacity to carry out the project. (max 250 words)

Assistant Chief of Police Paul Ford leads this collaborative project for the SPPD. A native of St. Paul's East Side, he joined the SPPD in 1998. He has served as a patrol officer, sergeant, DEA Task Force Officer, commander (Western District & Canine Unit), executive officer to an assistant chief, and Deputy Chief of the Major Crimes Division, where he worked to address gun violence.

AC Ford's leadership includes serving as law enforcement representative on the Minnesota Sentencing Guidelines Commission, President of the Minnesota Police and Peace Officers Association and Police and Fire Trustee on the PERA Board of Trustees. His bachelor's degree is from the University of St. Thomas.

Our primary partner is People Incorporated – Minnesota's largest community-based non-profit mental health provider (peopleincorporated.org). People Incorporated was one of two primary partners of the SPPD's COAST Unit, in which licensed social workers worked full time with specially trained officers on cases involving mental health, chemical dependency and homelessness.

Jill Wiedemann-West, MA has been CEO of People Incorporated since 2014. Her background includes healthcare operations, management, and service development; she served as a chief operating officer at the Hazelden Betty Ford Foundation. She holds degrees from the National University of San Diego and the University of Wisconsin–Madison.

She has spread awareness and advocated for systems changes on podcasts, media interviews, and as a panelist at local and national events. She was honored by Minnesota Monthly as one of the state's 500 most powerful and influential leaders in 2022.



Cooperation with Federal Immigration Officials

Priority consideration will be given to state or local law enforcement applicants that cooperate with federal immigration officials through the following activities: A Memorandum of Agreement between your law enforcement agency and the U.S. Department of Homeland Security ("DHS") under 8 U.S.C. § 1357(g)(1) where officers are delegated limited immigration officer authority to identify and process for removal aliens in our custody under the direction and supervision of DHS. A  law enforcement agency that operates a detention or correctional facility in which individuals are fingerprinted and detained for periods of 24 hours or longer; and your governing body has or will implement policies and/or practices that ensure: (1) the U.S. Department of Homeland Security ("DHS") personnel have access to correctional or detention facilities in order

to meet with an alien (or an individual believed to be an alien) and inquire as to his or her right to be or to remain in the United States; and (2)

DHS is provided upon request at least 48 hours advance notice, where possible, of an alien's scheduled release date and time so that DHS may take custody of the alien. Check the below boxes that apply to your agency.

My agency is a state or local law enforcement agency that has a Memorandum of Agreement with the U.S. Department of Homeland Security ("DHS") under 8 U.S.C. § 1357(g)(1) and our officers are delegated limited immigration officer authority to identify and process for removal aliens in our custody under the direction and supervision of DHS.

——

My agency is a state or local law enforcement agency that operates a detention or correctional facility in which individuals are fingerprinted and detained for periods of 24 hours or longer; and our governing body has implemented or, before drawing down grant funds if awarded, will implement policies and/or practices that ensure: (1) the U.S. Department of Homeland Security ("DHS") personnel have access to correctional or detention facilities in order to meet with an alien (or an individual believed to be an alien) and inquire as to his or her right to be or to remain in the United States; and (2) DHS is provided upon request at least 48 hour advance notice, where possible, of an alien's scheduled release date and time so that DHS may take custody of the alien.

——

None of the above.

Yes

## ∨ CPA Gen Solicitation Quest

Research and Development

Instructions: For the purposes of this solicitation, R&D as defined by 2 C.F.R. §200.87 means all research activities, both basic and applied, and all development activities that are performed by nonfederal entities. The term "research" also includes activities involving the training of individuals in research techniques where such activities use the same facilities as other research and development activities and where such activities are not included in the instruction function. "Research" is defined as a systematic study directed toward fuller scientific knowledge or understanding of the subject studied. "Development" is the systematic use of knowledge and understanding gained from research directed toward the production of useful materials, devices, systems, or methods, including design and development of prototypes and processes. Please select "yes" if any part of your project could be considered R&D or "no" if no portion of your project would support R&D.

——

Could any portion of your project be considered research and development (R&D) as defined by 2 C.F.R. §200.87?

No

Youth-Centered Project

Instructions: For the purposes of this solicitation, please select "yes" if a purpose of some or all of the activities to be carried out under the award (whether by the recipient, or a subrecipient at any tier) is to benefit a set of individuals under 18 years of age. NOTE: A special award condition will apply to all youth-centered awards. This condition will require recipients and subrecipients to make determinations of suitability before certain covered individuals interact with participating minors under the age of 18 years old in the course of activities funded under the award.

——

Could any activities under your project involve interactions with minors under the age of 18 years?

Yes

Training

Instructions: The COPS Office defines training as the teaching and learning activities carried out for the primary purpose of helping members of an organization other than your own acquire and apply the knowledge, skills, abilities, and attitudes needed by a particular job or organization. Training is driven by specific goals and objectives; it is not a single event but rather an ongoing process that requires continuous self-reflection and evaluation. Guides, webinars, articles, conference presentations, toolkits, podcasts, videos, blogs, and news feeds (to provide a few examples) can serve as support material in trainings or as standalone materials to increase knowledge, but on their own they are not defined as training by the COPS Office. Please select "yes" if any part of your project fits within the definition of training or "no" if no portion of your project fits within the definition of training.

_____

Could any portion of your project be considered training?

Yes

## U.S. Attorney's District Office

Please select your U.S. Attorney's District Office from the below drop-down options.

Minnesota

## Law Enforcement Executive/Program Official Contact Information

Please provide the name and contact information for the highest ranking Law Enforcement or Program Official and Government Executive or Financial Official for your agency or organization, please see instructions below. LAW ENFORCEMENT EXECUTIVE/PROGRAM OFFICIAL This position will ultimately be responsible for the programmatic management of the award. Instructions for Law Enforcement Agencies: For law enforcement agencies, the Law Enforcement Executive is the highest ranking official in the jurisdiction (Chief of Police, Sheriff, or equivalent). Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. Instructions for Non-Law Enforcement Agencies: For non-law enforcement agencies (e.g., institutions of higher education, school districts, private organizations, etc.), the Program Official is the highest-ranking official in the jurisdiction (e.g., executive director, chief executive officer, or equivalent). Please note that information for non-executive positions (e.g., clerks, trustees) is not acceptable. Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application.

_____

First name:

Axel

Last name:

Henry

Phone:

6512665562

Email address:

axel.henry@ci.stpaul.mn.us

## Government Executive/Financial Official Contact Information

GOVERNMENT EXECUTIVE/FINANCIAL OFFICIAL This position will ultimately be responsible for the financial management of the award. Please note that information for non-executive positions (e.g., clerks, trustees) is not acceptable. Instructions for Law Enforcement Agencies: For law enforcement agencies, this is the highest ranking government official within your jurisdiction (e.g., Superintendent, Mayor, City Administrator, or equivalent). Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application. Instructions for Non-Law Enforcement Agencies and Non-Government Agencies: For non-law enforcement agencies, this is the financial official who has the authority to apply for this award on behalf of the applicant agency (e.g., Chief Financial Officer, Treasurer, or equivalent). Please note that information for non-executive positions (e.g., clerks, trustees) is not acceptable. Before this application can be submitted, the Entity Administrator in JustGrants must invite this individual to apply for a JustGrants account with the role of Authorized Representative, and this individual must log in to JustGrants to review the application.

_____

First name:

Melvin

Last name:

Carter

Phone:

6512668510

Email address:

melvin.carter@ci.stpaul.mn.us


Application Submitter Contact Information

Instructions for Application Submitter Contact: Enter the application point of contact's name and contact information.
____

First name:

Scott

Last name:

Hvizdos

Phone:

6512665414

Email address:

sppd-grants@ci.stpaul.mn.us


Law Enforcement and Community Policing Strategy

Instructions: The following is the COPS Office definition of community policing that emphasizes the primary components of community partnerships, organizational transformation, and problem solving: Community policing is a philosophy that promotes organizational strategies that support the systematic use of partnerships and problem solving techniques to proactively address the immediate conditions that give rise to public safety issues such as crime, social disorder, and fear of crime. Please refer to the COPS Office website (https://cops.usdoj.gov/RIC/ric.php?page=detail&id=COPS-P157) for further information regarding this definition and its sub-elements. Please answer the following questions regarding your community support and impact on the jurisdiction.
____

To what extent is there community support in your jurisdiction for implementing the proposed award activities?

High level of support

If awarded, to what extent will the award activities impact the other components of the criminal justice system in your jurisdiction?

Potentially increased impact

Explain how the proposed activities address a specific public safety need. (max 250 words)

As noted earlier, in 2024 there were 2570 NIBRS offenses recorded in downtown Saint Paul, with 1349, or 52% of these being quality of life offenses. This includes:
• 245 instances of destruction/damage/vandalism of property
• 201 reports of minor larceny
• 183 instances of theft from a motor vehicle
• 182 reports of trespassing of real property
• 123 drug or narcotic violations
• 109 instances of disorderly conduct
This represents almost four quality of life offenses each day – and for every case reported to police, many more never are.
The impact of any one case is relatively minor, but the collective effect is much larger, damaging the overall sense of safety and discouraging people from living, working or visiting the cultural and commercial center of the state's second largest city.
Unhoused individuals play a disproportionate role in these offenses, which are difficult to reduce solely through the criminal justice system. By developing a coordinated response between law enforcement and public and private agencies, we hope to significantly decrease the frequency of these crimes, and significantly increase positive activity in the downtown area.

Case: 1:25-cv-13863 Document #: 12-3 Filed: 11/17/25 Page 61 of 93 PageID #:255

Explain how the proposed activities will be utilized to reorient any affected law enforcement agency's mission toward community-oriented policing or enhance its involvement in or commitment to community-oriented policing. (max 250 words)

The SPPD has a deep commitment to community-oriented policing and its ability to enhance public safety. This includes the previous creation of the COAST Unit in 2016, in which the SPPD was one of the earlier departments to link officers with licensed social workers (including from People Incorporated) in a creative approach to cases involving homelessness, chemical dependency or mental health.
This proposed project continues and expands that tradition by seeking a more broadly-coordinated approach to public safety in the heart of Minnesota's second-largest city, involving public and private agencies that bring different strengths to the issue, and then incorporating this network into the SPPD's training on how to respond effectively to chronically unhoused individuals as they work to reduce quality-of-life offenses.

Identify any current governmental, community or agency initiatives that complement or will be coordinated with the proposed activities. (max 250 words)

The city of St. Paul has created initiatives that will be included in this project.
In 2021, the Department of Safety and Inspections created the Homeless Assistance Response Team (HART) to respond to the rise in homeless encampments as a result of COVID and the longer-term crisis of affordable housing. An emphasis of HART is the city's active encampments, of which there were 27 in September 2024.
The city's Housing and Redevelopment Authority is part of the Familiar Faces program, in partnership with Ramsey County and Heading Home Ramsey. It coordinates sustained engagement with a small number of unhoused individuals who frequently interact with emergency services.
In 2022, the city of Saint Paul established the Office of Neighborhood Safety (ONS), which leads the advancement of the city's Community-First Public Safety framework through the coordination of activities such as violence prevention strategies and alternative response. ONS collaborates closely with the SPPD and the city's Department of Safety and Inspections, and Fire Department. ONS also has developed strong partnerships with a variety of community groups that can be engaged in possible solutions.

Identify any key community or other stakeholder partnerships (community groups, private and/or public agencies) that will play a role in the implementation of the proposed activities. (max 250words)

The primary partner for this project is People Incorporated, the largest community based non-profit mental health provider in the state. They serve 11,000 individuals annually, and everyday field 300 calls at their central access contact center. Their programs are provided on an outpatient or residential basis, and they work with adults and minors.
St. Paul hosts a web of community agencies that have a variety of strengths with unhoused individuals. For example, Radias Health has expertise in outreach and initial engagement. Listening House provides a supportive environment for unhoused individuals during the day, as an alternative to loitering in downtown areas. Catholic Charities runs several residences with affordable housing and supportive services, such as the Higher Ground Residence.
The goal of this proposal is to improve communication and coordination between these agencies and the SPPD, improving public safety by creating clear and sustainable methods of working together to serve unhoused individuals and reduce low-level offenses in the downtown area.

Describe the strategy to consult with any community groups and appropriate private and public agencies in the implementation of the proposed activities. (max 250 words)

The partnership between the SPPD and People Incorporated allows us to bring together a network of public and private agencies as needed. The SPPD can work through the city channels to bring ONS, HART, Familiar Faces and others. Many private agencies also have direct connections to the SPPD, but the partnership with People Incorporated helps reach others and bring a broader range of strengths to the project.

Explanation of Need for Financial Assistance

All applicants are required to explain their inability to address the need for this award without federal assistance. Please do so in the space below. [Please limit your response to a maximum of 1,000 characters.]

Most expenses of this project will be covered without federal assistance, including the meeting expenses and the personnel hours for the SPPD and its partners in the initial phases of the project. But we seek funds for additional expenses that are anticipated in the later stages – namely the overtime as we seek to put plans into action and turn new ideas into established routine.

Continuation of Support After Federal Funding Ends

Instructions: The questions in this section will be used for programs without a retention requirement to report any plans to continue the program or activity after the conclusion of federal funding.
____

Does your agency or organization plan to obtain necessary support and continue the program, project, or activity following the conclusion of federal support?

Yes

Please identify the source(s) of funding that your agency plans to utilize to continue the program, project, or activity following the conclusion of federal support:General funds

Yes

Issue bonds or raise taxes

No

Private sources and donations

No

Non-federal asset forfeiture funds (subject to approval from the state or local oversight agency)

No

State, local, or other non-federal grant funding

No

Fundraising efforts

No

Other

Yes

If "other" is selected in the above question, please provide a brief description of the source(s) of funding.

At this time, we anticipate that the systems that result from this project can be maintained with general funds. If that is not the case we will pursue appropriate sources of funding.

## ⌄ CPA Information FY25

Type of Agency of Organization

Type of Agency (select one)
Law Enforcement

From the list below, please select the type of agency which best describes the applicant. Law Enforcement Entities
Municipal Police

From the list below, please select the type of agency which best describes the applicant. Non-Law Enforcement Entities
‒‒‒‒

Duplication Of Funding

Instructions: Applicants are required to disclose whether they have pending applications for federally funded assistance or active federal awards that support the same or similar activities or services for which funding is being requested under this application. Be advised that as a general rule, COPS Office funding may not be used for the same item or service funded through another funding source. However, leveraging multiple funding sources in a complementary manner to implement comprehensive programs or projects is encouraged and is not seen as inappropriate. To aid the COPS Office in the prevention of awarding potentially duplicative funding, please indicate whether your agency has a pending application or an active award with any other federal funding source (e.g., direct federal funding or indirect federal funding through state sub-awarded federal funds) which supports the same or similar activities or services as being proposed in this COPS Office application.

‒‒‒‒

Do you have any current, active non-COPS Office award with any other federal funding source (e.g., direct federal or indirect federal funding through state subawarded federal funds) that supports the same or similar activities or services as being proposed in this COPS Office application?

No

If Yes, for each potentially duplicative non-COPS Office award, provide the following detailed information: name of federal awarding agency, or state agency for subawarded federal funding; award number; program name; award start and end dates; award amount; and description of how this project differs from the application for COPS office funding.

‒‒‒‒

Do you have any pending non-COPS Office grant applications with any other federal funding source (e.g., direct federal funding or indirect

federal funding through state subawarded federal funds)that support the same or similar activities or services as being proposed in this COPS Office application?

No

If Yes, for each potentially duplicative non-COPS Office grant application, provide the following detailed information: application number (if known); program name; project length; total requested amount; items requested; and describe how this project differs from the application for COPS Office funding.

____

### Certification of Review of 28 CFR Part23/Criminal Intelligence

Certification of Review of 28 C.F.R. Part 23/Criminal Intelligence Systems: If your agency is requesting COPS Office funds for equipment or technology that will be used to operate an interjurisdictional criminal intelligence system that receives, stores, analyzes, exchanges, or disseminates data regarding ongoing criminal activities, you must agree to comply with the operating principles at 28 C.F.R Part 23. If you are requesting COPS Office funds to operate a single agency database (or other unrelated forms of technology) and will not share criminal intelligence data with other jurisdictions, 28 C.F.R. Part 23 does not apply. Please review the CPA Resource Guide for additional information. Please check one of the following, as applicable to your agency's intended use of COPS Office funds:

No, my agency will not use these COPS Office funds (if awarded) to operate an interjurisdictional criminal intelligence system.

### Certification of Review and Representation of Compliance

By checking the box, the applicant indicates he or she understands that: 1. the applicant will comply with all legal, administrative, and programmatic requirements that govern the applicant for acceptance and use of federal funds as outlined in the applicable COPS Office Grant Application Resource Guide, the COPS Office Award Owner's Manual, the DOJ Grants Financial Guide, Assurances, Certifications, all Executive Orders, and applicable Presidential Memoranda, program regulations, laws, orders, and circulars; 2. the applicant understands that as a general rule COPS Office funding may not be used for the same item or service funded through another funding source; and 3. the applicant and any required or identified official partner(s) listed in this application mutually agreed to this partnership prior to submission.

true

### Acknowledgment of Electronic Signatures

By checking the box below, the applicant indicates that he or she understands that the use of typed names in this application and the required forms, including the Assurances, Certifications, and Disclosure of Lobbying Activities form, constitute electronic signatures and that the electronic signatures are the legal equivalent of handwritten signatures. I understand

true

## Proposal Narrative

## Budget and Associated Documentation

### Budget Summary

| Budget Category | Total Cost |
| --- | --- |
| Sworn Officer Positions: | $0.00 |
| Civilian or Non-Sworn Personnel: | $0.00 |
| Travel: | $0.00 |
| Equipment: | $0.00 |
| Supplies: | $0.00 |

| | |
|---|---|
| Supplies: | $0.00 |
| SubAwards: | $0.00 |
| Procurement Contracts: | $0.00 |
| Other Costs: | $74,350.00 |
| Total Direct Costs: | $74,350.00 |
| Indirect Costs: | $11,152.00 |
| Total Project Costs: | $85,502.00 |
| Federal Funds: | $85,502.00 |
| Match Amount: | $0.00 |
| Program Income: | $0.00 |

**Budget / Financial Attachments**
**Non-competitive Justification**
No documents have been uploaded for Non-Competitive Justification

**Indirect Cost Rate Agreement**
No documents have been uploaded for Indirect Cost Rate Agreement

**Consultant Rate Justification**
No documents have been uploaded for Consultant Rate Justification

**Additional Attachments**



| Name | Category | Created by | Date Added |
|---|---|---|---|
| SPPD COPS Microgrant appl 2 homelessness Budget_Narrative June 2025.docx | Budget Narrative | SCOTT HVIZDOS | 06/29/2025 |

**Budget and Associated Documentation**

DOES THIS BUDGET CONTAIN CONFERENCE COSTS WHICH IS DEFINED BROADLY TO INCLUDE MEETINGS, RETREATS, SEMINARS, SYMPOSIA, AND _____ TRAINING ACTIVITIES?

**Base Salary and Fringe Benefits for Sworn Officer**

**Personnel**
**Instructions**
List each position by title and name of employee, if available. Show the annual salary rate and the percentage of time to be devoted to the project. Compensation paid for employees engaged in grant activities must be consistent with that paid for similar work within the applicant organization. In the narrative section, please provide a specific description of the responsibilities and duties for each position, and explain how the responsibilities and duties support the project goals and objectives outlined in your application.

**Year 1**

| **Year 1** | | | | | | |
|---|---|---|---|---|---|---|
| **Personnel Detail** | | | | | | |
| **Name** | **Position** | **Salary** | **Rate** | **Time Worked** | **Percentage of Time (%)** | **Total Cost** |
| No items | | | | | | |

**Personnel Total Cost**

$0

**Additional Narrative**

## Fringe Benefits

**Instructions**

Fringe benefits should be based on the actual known costs or an approved negotiated rate by a Federal Agency. If not based on an approved negotiated rate, list the composition of the fringe benefit package. Fringe benefits are for the personnel listed in Personnel budget category listed and only for the percentage of time devoted to the project. In the narrative section, please provide a specific description for each item

**Year 1**

| **Fringe Benefit Detail** | | | |
|---|---|---|---|
| **Name** | **Base** | **Rate (%)** | **Total Cost** |
| No items | | | |

**Fringe Benefits Total Cost**

$0

**Additional Narrative**

## Travel

**Instructions**

Itemize travel expenses of staff personnel (e.g. staff to training, field interviews, advisory group meeting, etc.). Describe the purpose of each travel expenditure in reference to the project objectives. Show the basis of computation (e.g., six people to 3-day training at $X airfare, $X lodging, $X subsistence). In training projects, travel and meals for trainees should be listed separately. Show the number of trainees and the unit costs involved. Identify the location of travel, if known; or if unknown, indicate "location to be determined." Indicate whether applicant's formal written travel policy or the Federal Travel Regulations are followed. Note: Travel expenses for consultants should be included in the "Consultant Travel" data fields under the "Subawards (Subgrants)/Procurement Contracts" category. For each Purpose Area applied for, the budget should include the estimated cost for travel and accommodations for two staff to attend two three-day long meetings, with one in Washington D.C. and one in their region, with the exception of Purpose Area 1, which should budget for one meeting in Washington D.C, and Purpose Areas 6 and 7, which should budget for 3 meetings within a 3 year period, with 2 in Washington D.C, and 1 within their region. All requested information must be included in the budget detail worksheet and budget narrative.



**Year 1**

**Travel Detail**

| Purpose of Travel | Location | Type of Expense | Basis | Cost | Quantity | # Of Staff | # Of Trips | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|---|---|---|
| No items | | | | | | | | | | |

**Travel Total Cost**
$0

## Equipment

**Instructions**

List non-expendable items that are to be purchased (Note: Organization's own capitalization policy for classification of equipment should be used). Expendable items should be included in the "Supplies" category Applications should analyze the cost benefits of purchasing versus leasing equipment, especially high cost items and those subject to rapid technological advances. Rented or leased equipment costs should be listed in the "Contracts" data fields under the "Sub awards" (Sub grants)/Procurement Contracts" category. In the budget narrative, explain how the equipment is necessary for the success In the budget narrative, explain how the equipment is necessary for the success of the project, and describe the procurement method to be used. All requested information must be included in the budget detail worksheet and budget narrative.

**Year 1**

**Equipment Detail**

| Equipment Item | # of Items | Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| No items | | | | | |

**Equipment Total Cost**
$0

## Supply Items

**Instructions**

List items by type (office supplies, postage, training materials, copy paper, and expendable equipment items costing less than $10,000, such as books, hand held tape recorders) and show the basis for computation. Generally, supplies include any materials that are expendable or consumed during the course of the project. All requested information must be included in the budget detail worksheet and budget narrative.

**Year 1**

**Supply Item Detail**

| Purpose of Supply Items | # of Items | Unit Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|

No items

**Supplies Total Cost**

$0

## Construction

**Instructions**

As a rule, construction costs are not allowable. In some cases, minor repairs or renovations may be allowable. Consult with the DOJ grant-making component before budgeting funds in this category. In the narrative section, please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application.

**Year 1**

**Construction Detail**

| Purpose of Construction | Description of Work | # of Items | Cost | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|
| No items | | | | | | |

**Construction Total Cost**

$0

## Subawards

**Instructions**

Subawards (see "Subaward" definition at 2 CFR 200.92) : Provide a description of the Federal Award activities proposed to be carried out by any subrecipient and an estimate of the cost (include the cost per subrecipient, to the extent known prior to the application submission). For each subrecipient, enter the subrecipient entity name, if known. Please indicate any subaward information included under budget category Subawards (Subgrants) Contracts by including the label "(subaward)" with each subaward category.

**Year 1**

**Subaward (Subgrant) Detail**

| Description | Purpose | Consultant | Country | State/U.S. Territory | City | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|---|---|---|
| No items | | | | | | | | |

**Subawards Total Cost**

$0

**Add Consultant Travel**

——

**Procurement contracts (see "Contract" definition at 2 CFR 200.22): Provide a description of the product or service to be procured by contract and an estimate of the cost. Indicate whether the applicant's formal, written Procurement Policy or the Federal Acquisition Regulation is followed. Applicants are encouraged to promote free and open competition in awarding procurement contracts. A separate justification must be provided for sole source procurements in excess of the Simplified Acquisition Threshold set in accordance with 41 U.S.C. 1908 (currently set at $250,000) for prior approval. Please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application. Consultant Fees: For each consultant enter the name, if known, service to be provided, hourly or daily fee (8-hour day), and estimated time on the project. Unless otherwise approved by the COPS Office, approved consultant rates will be based on the salary a consultant receives from his or her primary employer. Consultant fees in excess of $650 per day require additional written justification, and must be pre-approved in writing by the COPS Office if the consultant is hired via a noncompetitive bidding process. Please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application. Please visit https://cops.usdoj.gov/grants for a list of allowable and unallowable costs for this program.**

**Instructions**

Procurement contracts (see "Contract" definition at 2 CFR 200.1): Provide a description of the product or service to be procured by contract and an estimate of the cost. Indicate whether the applicant's formal, written Procurement Policy or the Federal Acquisition Regulation is followed. Applicants are encouraged to promote free and open competition in awarding procurement contracts. A separate justification must be provided for noncompetitive procurements in excess of the Simplified Acquisition Threshold set in accordance with 41 U.S.C. 1908 (currently set at $250,000).

Consultant Fees: For each consultant enter the name, if known, service to be provided, hourly or daily fee (8-hour day), and estimated time on the project. Written prior approval and additional justification is required for consultant fees in excess of the DOJ grant-making component's threshold for an 8-hour day.

In the narrative section, please provide a specific description for each item, and explain how the item supports the project goals and objectives outlined in your application.

**Year 1**

| ∨ Procurement Contract Detail | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Purpose** | **Consultant** | **Country** | **State/U.S. Territory** | **City** | **Total Cost** | **Non-Federal Contribution** | **Federal Request** |
| No items | | | | | | | | |

**Do you need Consultant Travel?**
No
**Procurement Cost**
$0

**Other Direct Costs**

**Instructions**

List items (e.g., rent, reproduction, telephone, janitorial or security services, and investigative or confidential funds) by type and the basis of the computation. For example, provide the square footage and the cost per square foot for rent, or provide a monthly rental cost and how many months to rent. All requested information must be included in the budget detail worksheet and budget narrative.

**Year 1**

| Other Cost Detail | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Description** | **Quantity** | **Basis** | **Costs** | **Length of** | **Total Costs** | **Non-Federal** | **Federal** |

| | | | Time | | Contribution | Request |
|---|---|---|---|---|---|---|
| Sworn Overtime Fringe | 1.00 | 1 | $11,949.60 | 1.00 | $11,949.60 | $11,949.60 |
| Sworn Overtime wages | 832.00 | hours | $75.00 | 1.00 | $62,400.00 | $62,400.00 |

**Other Costs Total Cost**
$74,350

**Additional Narrative**

In the early stages of the project, we expect to develop protocols about how to best identify and respond to different types of situations involving individuals experiencing homelessness.  Of particular interest to the SPPD is articulation of when the participation of uniformed officers helps with a situation, and when work should be done by others.
Once this is completed, we will use the requested overtime wages to put plans into action and turn new ideas into established routine.

The estimate is based on an average overtime wage of $75 per hour for 16 hours per week for 52 weeks.
The Fringe rate is 19.15% and includes retirement (PERA) at 17.7% and Medicare at 1.45%.

## Indirect Costs

**Instructions**

Indirect costs are allowed only if: a) the applicant has a current, federally approved indirect cost rate; or b) the applicant is eligible to use and elects to use the "de minimis" indirect cost rate described in 2 C.F.R. 200.414(f). (See paragraph D.1.b. in Appendix VII to Part 200—States and Local Government and Indian Tribe Indirect Cost Proposals for a description of entities that may not elect to use the "de minimis" rate.) An applicant with a current, federally approved indirect cost rate must attach a copy of the rate approval, (a fully-executed, negotiated agreement). If the applicant does not have an approved rate, one can be requested by contacting the applicant's cognizant Federal agency, which will review all documentation and approve a rate for the applicant organization, or if the applicant's accounting system permits, costs may be allocated in the direct costs categories. (Applicant Indian tribal governments, in particular, should review Appendix VII to Part 200—States and Local Government and Indian Tribe Indirect Cost Proposals regarding submission and documentation of indirect cost proposals.) All requested information must be included in the budget detail worksheet and budget narrative. In order to use the "de minimis" indirect rate an applicant would need to attach written documentation to the application that advises DOJ of both the applicant's eligibility (to use the "de minimis" rate) and its election. If the applicant elects the de minimis method, costs must be consistently charged as either indirect or direct costs, but may not be double charged or inconsistently charged as both. In addition, if this method is chosen then it must be used consistently for all federal awards until such time as the applicant entity chooses to negotiate a federally approved indirect cost rate.

**Year 1**

| Description | Base | Indirect Cost Rate | Total Cost | Non-Federal Contribution | Federal Request |
|---|---|---|---|---|---|
| de minimis rate | $74,349.60 | 15.00% | $11,152.44 | | $11,152.44 |

**Indirect Costs Total Cost**
$11,152

**Additional Narrative**

The SPPD does not have an indirect rate agreement with the federal government; we request the de minimis rate of 15% of Modified Total Direct Costs.

**Memoranda of Understanding (MOUs) and Other Supportive Documents**

**Memoranda of Understanding (MOUs) and Other Supportive Documents**



Upload

The recommended files to upload are PDF, Microsoft Word and Excel.

No documents have been uploaded for Memoranda of Understanding (MOUs) and Other Supportive Documents

**Additional Application Components**

**Curriculum Vitae or Resumes**

No documents have been uploaded for Curriculum Vitae or Resumes

**Letters of Support**



| Name | Category | Created by | Date Added |
|------|----------|------------|------------|
| SPPD COPS Microgrant appl Ltr of Support People Inc.docx | Letters of Support | SCOTT HVIZDOS | 06/30/2025 |

**Additional Attachments**

No documents have been uploaded for Additional Attachments

**Disclosures and Assurances**

**No Lobbying Activities**

**The applicant is not required to submit a lobbying disclosure under 31 U.S.C. 1352 for this application.**

No documents have been uploaded for Disclosure of Lobbying Activities

**DOJ Certified Standard Assurances**     *

**U.S. DEPARTMENT OF JUSTICE**

**CERTIFIED STANDARD ASSURANCES**

On behalf of the Applicant, and in support of this application for a grant or cooperative agreement, I certify under penalty of perjury to the U.S. Department of

Justice ("Department"), that all of the following are true and correct:

(1) I have the authority to make the following representations on behalf of myself and the Applicant. I understand that these representations will be relied upon as material in any Department decision to make an award to the Applicant based on its application.

(2) I certify that the Applicant has the legal authority to apply for the federal assistance sought by the application, and that it has the institutional, managerial, and financial capability (including funds sufficient to pay any required non-federal share of project costs) to plan, manage, and complete the project described in the application properly.

(3) I assure that, throughout the period of performance for the award (if any) made by the Department based on the application--

    a. the Applicant will comply with all award requirements and all federal statutes and regulations applicable to the award;

    b. the Applicant will require all subrecipients to comply with all applicable award requirements and all applicable federal statutes and regulations; and

    c. the Applicant will maintain safeguards to address and prevent any organizational conflict of interest, and also to prohibit employees from using their positions in any manner that poses, or appears to pose, a personal or financial conflict of interest.

(4) The Applicant understands that the federal statutes and regulations applicable to the award (if any) made by the Department based on the application specifically include statutes and regulations pertaining to civil rights and nondiscrimination, and, in addition--

    a. the Applicant understands that the applicable statutes pertaining to civil rights will include section 601 of the Civil Rights Act of 1964 (42 U.S.C. § 2000d); section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794); section 901 of the Education Amendments of 1972 (20 U.S.C. § 1681); and section 303 of the Age Discrimination Act of 1975 (42 U.S.C. § 6102);

    b. the Applicant understands that the applicable statutes pertaining to nondiscrimination may include section 809(c) of Title I of the Omnibus Crime Control and Safe Streets Act of 1968 (34 U.S.C. § 10228(c)); section 1407(e) of the Victims of Crime Act of 1984 (34 U.S.C. § 20110(e)); section 299A(b) of the Juvenile Justice and Delinquency Prevention Act of 2002 (34 U.S.C. § 11182(b)); and that the grant condition set out at section 40002(b)(13) of the Violence Against Women Act (34 U.S.C. § 12291(b)(13)), which will apply to all awards made by the Office on Violence Against Women, also may apply to an award made otherwise;

    c. the Applicant understands that it must require any subrecipient to comply with all such applicable statutes (and associated regulations); and

    d. on behalf of the Applicant, I make the specific assurances set out in 28 C.F.R. §§ 42.105 and 42.204.

(5) The Applicant also understands that (in addition to any applicable program-specific regulations and to applicable federal regulations that pertain to civil rights and nondiscrimination) the federal regulations applicable to the award (if any) made by the Department based on the application may include, but are not limited to, 2 C.F.R. Part 2800 (the DOJ "Part 200 Uniform Requirements") and 28 C.F.R. Parts 22 (confidentiality - research and statistical information), 23 (criminal intelligence systems), 38 (regarding faith-based or religious organizations participating in federal financial assistance programs), and 46 (human subjects protection).

(6) I assure that the Applicant will assist the Department as necessary (and will require subrecipients and contractors to assist as necessary) with the Department's compliance with section 106 of the National Historic Preservation Act of 1966 (54 U.S.C. § 306108), the Archeological and Historical Preservation Act of 1974 (54 U.S.C. §§ 312501-312508), and the National Environmental Policy Act of 1969 (42 U.S.C. §§ 4321-4335), and 28 C.F.R. Parts 61 (NEPA) and 63 (floodplains and wetlands).

(7) I assure that the Applicant will give the Department and the Government Accountability Office, through any authorized representative, access to, and opportunity to examine, all paper or electronic records related to the award (if any) made by the Department based on the application.

(8) If this application is for an award from the National Institute of Justice or the Bureau of Justice Statistics pursuant to which award funds may be made available (whether by the award directly or by any subaward at any tier) to an institution of higher education (as defined at 34 U.S.C. § 10251(a)(17)), I assure that, if any award funds actually are made available to such an institution, the Applicant will require that, throughout the period of performance--

    a. each such institution comply with any requirements that are imposed on it by the First Amendment to the Constitution of the United States; and

    b. subject to par. a, each such institution comply with its own representations, if any, concerning academic freedom, freedom of inquiry and debate, research independence, and research integrity, at the institution, that are included in promotional materials, in official statements, in formal policies, in applications for grants (including this award application), for accreditation, or for licensing, or in submissions relating to such grants, accreditation, or licensing, or that otherwise are made or disseminated to students, to faculty, or to the general public.

(9) I assure that, if the Applicant is a governmental entity, with respect to the award (if any) made by the Department based on the application--

    a. it will comply with the requirements of the Uniform Relocation Assistance and Real Property Acquisitions Act of 1970 (42 U.S.C. §§ 4601-4655), which govern the treatment of persons displaced as a result of federal and federally-assisted programs; and

    b. it will comply with requirements of 5 U.S.C. §§ 1501-1508 and 7324-7328, which limit certain political activities of State or local government employees whose principal employment is in connection with an activity financed in whole or in part by federal assistance.

(10) If the Applicant applies for and receives an award from the Office of Community Oriented Policing Services (COPS Office), I assure that as required by 34 U.S.C. § 10382(c)(11), it will, to the extent practicable and consistent with applicable law--including, but not limited to, the Indian Self- Determination and Education Assistance Act--seek, recruit, and hire qualified members of racial and ethnic minority groups and qualified women in order to further effective law enforcement by increasing their ranks within the sworn positions, as provided under 34 U.S.C. § 10382(c)(11).

(11) If the Applicant applies for and receives a DOJ award under the STOP School Violence Act program, I assure as required by 34 U.S.C.

§ 10552(a)(3), that it will maintain and report such data, records, and information (programmatic and financial) as DOJ may reasonably require.

I acknowledge that a materially false, fictitious, or fraudulent statement (or concealment or omission of a material fact) in this certification, or in the application that it supports, may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the Applicant to civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. §§ 3729-3730 and 3801-3812). I also acknowledge that the Department's awards, including certifications provided in connection with such awards, are subject to review by the Department, including by its Office of the Inspector General.

Please Acknowledge *

Signed

**SignerID**
sppd-grants@ci.stpaul.mn.us

**Signing Date / Time**
6/30/25 3:58 PM

**DOJ Certifications Regarding Lobbying; Debarment, Suspension and Other Responsibility Matters; and Drug-Free Workplace Requirements; Law Enforcement and Community Policing** *

U.S. DEPARTMENT OF JUSTICE

CERTIFICATIONS REGARDING LOBBYING; DEBARMENT, SUSPENSION AND OTHER RESPONSIBILITY MATTERS; DRUG-FREE WORKPLACE REQUIREMENTS; COORDINATION WITH AFFECTED AGENCIES

Applicants should refer to the regulations and other requirements cited below to determine the certification to which they are required to attest. Applicants should also review the instructions for certification included in the regulations or other cited requirements before completing this form. The certifications shall be treated as a material representation of fact upon which reliance will be placed when the U.S. Department of Justice ("Department") determines to award the covered transaction, grant, or cooperative agreement.

1. LOBBYING

As required by 31 U.S.C. § 1352, as implemented by 28 C.F.R. Part 69, the Applicant certifies and assures (to the extent applicable) the following:

(a) No Federal appropriated funds have been paid or will be paid, by or on behalf of the Applicant, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of     Congress, or an employee of a Member of Congress in connection with the making of any Federal grant, the entering into of any cooperative agreement, or the extension, continuation, renewal, amendment, or modification of any Federal grant or     cooperative agreement;

(b) If the Applicant's request for Federal funds is in excess of $100,000, and any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any     agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with this Federal grant or cooperative agreement, the Applicant shall

complete and submit standard form - LLL, "Disclosure of        Lobbying Activities" in accordance with its (and any
DOJ awarding agency's) instructions; and

    (c) The Applicant shall require that the language of this certification be included in the award documents
for all subgrants and procurement contracts (and their subcontracts) funded with Federal award funds and shall
ensure that any certifications        or lobbying disclosures required of recipients of such subgrants and
procurement contracts (or their subcontractors) are made and filed in accordance with 31 U.S.C. § 1352.


2. DEBARMENT, SUSPENSION, AND OTHER RESPONSIBILITY MATTERS

A. Pursuant to Department regulations on nonprocurement debarment and suspension implemented at 2 C.F.R. Part
2867, and to other related requirements, the Applicant certifies, with respect to prospective participants in a
primary tier "covered transaction," as defined at 2 C.F.R. § 2867.20(a), that neither it nor any of its
principals--

    (a) is presently debarred, suspended, proposed for debarment, declared ineligible, sentenced to a denial of
Federal benefits by a State or Federal court, or voluntarily excluded from covered transactions by any Federal
department or agency;

    (b) has within a three-year period preceding this application been convicted of a felony criminal violation
under any Federal law, or been convicted or had a civil judgment rendered against it for commission of fraud or
a criminal offense in          connection with obtaining, attempting to obtain, or performing a public
(Federal, State, tribal, or local) transaction or private agreement or transaction; violation of Federal or
State antitrust statutes or commission of embezzlement, theft, forgery,        bribery, falsification or
destruction of records, making false statements, tax evasion or receiving stolen property, making false claims,
or obstruction of justice, or commission of any offense indicating a lack of business integrity or business
    honesty that seriously and directly affects its (or its principals') present responsibility;

    (c) is presently indicted for or otherwise criminally or civilly charged by a governmental entity
(Federal, State, tribal, or local) with commission of any of the offenses enumerated in paragraph (b) of this
certification; and/or

    (d) has within a three-year period preceding this application had one or more public transactions
(Federal, State, tribal, or local) terminated for cause or default.


B. Where the Applicant is unable to certify to any of the statements in this certification, it shall attach
an explanation to this application.  Where the Applicant or any of its principals was convicted, within a
three-year period preceding this application, of a felony criminal violation under any Federal law, the
Applicant also must disclose such felony criminal conviction in writing to the Department (for OJP
Applicants, to OJP at OjpCompliancereporting@usdoj.gov; for OVW Applicants, to OVW at OVW.GFMD@usdoj.gov; or
for COPS Applicants, to COPS at AskCOPSRC@usdoj.gov), unless such disclosure has already been made.


3. FEDERAL TAXES


A. If the Applicant is a corporation, it certifies either that (1) the corporation has no unpaid Federal tax
liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have
lapsed, that is not being paid in a timely manner pursuant to an agreement with the authority responsible for
collecting the tax liability, or (2) the corporation has provided written notice of such an unpaid tax liability
(or liabilities) to the Department (for OJP Applicants, to OJP at OjpCompliancereporting@usdoj.gov; for OVW
Applicants, to OVW at OVW.GFMD@usdoj.gov; or for COPS Applicants, to COPS at AskCOPSRC@usdoj.gov).

B. Where the Applicant is unable to certify to any of the statements in this certification, it shall attach an
explanation to this application.


4. DRUG-FREE WORKPLACE (GRANTEES OTHER THAN INDIVIDUALS)

As required by the Drug-Free Workplace Act of 1988, as implemented at 28 C.F.R. Part 83, Subpart F, for grantees,
as defined at 28 C.F.R. §§ 83.620 and 83.650:

A. The Applicant certifies and assures that it will, or will continue to, provide a drug-free workplace by--

    (a) Publishing a statement notifying employees that the unlawful manufacture, distribution, dispensing,

possession, or use of a controlled substance is prohibited in its workplace and specifying the actions that will be taken against employees for    violation of such prohibition;

(b) Establishing an on-going drug-free awareness program to inform employees about--

(1) The dangers of drug abuse in the workplace;
(2) The Applicant's policy of maintaining a drug-free workplace;
(3) Any available drug counseling, rehabilitation, and employee assistance programs; and
(4) The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace.

(c) Making it a requirement that each employee to be engaged in the performance of the award be given a copy of the statement required by paragraph (a);

(d) Notifying the employee in the statement required by paragraph (a) that, as a condition of employment under the award, the employee will--

(1) Abide by the terms of the statement; and
(2) Notify the employer in writing of the employee's conviction for a violation of a criminal drug statute occurring in the workplace no later than five calendar days after such conviction;

(e) Notifying the Department, in writing, within 10 calendar days after receiving notice under subparagraph (d)(2) from an employee or otherwise receiving actual notice of such conviction. Employers of convicted employees must provide notice,    including position title of any such convicted employee to the Department, as follows:

For COPS award recipients - COPS Office, 145 N Street, NE, Washington, DC, 20530;

For OJP and OVW award recipients - U.S. Department of Justice, Office of Justice Programs, ATTN: Control Desk, 999 North Capitol Street, NE Washington, DC 20531.

Notice shall include the identification number(s) of each affected award;

(f) Taking one of the following actions, within 30 calendar days of receiving notice under subparagraph (d)(2), with respect to any employee who is so convicted:

(1) Taking appropriate personnel action against such an employee, up to and including termination, consistent with the requirements of the Rehabilitation Act of 1973, as amended; or
(2) Requiring such employee to participate satisfactorily in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State, or local health, law enforcement, or other appropriate agency; and

(g) Making a good faith effort to continue to maintain a drug-free workplace through implementation of paragraphs (a), (b), (c), (d), (e), and (f).

5. COORDINATION REQUIRED UNDER PUBLIC SAFETY AND COMMUNITY POLICING PROGRAMS

As required by the Public Safety Partnership and Community Policing Act of 1994, at 34 U.S.C. § 10382(c)(5), if this application is for a COPS award, the Applicant certifies that there has been appropriate coordination with all agencies that may be affected by its award. Affected agencies may include, among others, Offices of the United States Attorneys; State, local, or tribal prosecutors; or correctional agencies.

I acknowledge that a materially false, fictitious, or fraudulent statement (or concealment or omission of a material fact) in this certification, or in the application that it supports, may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the Applicant to civil penalties and administrative remedies for false claims or otherwise (including under 31 U.S.C. §§ 3729-3730 and 3801-3812). I also acknowledge that the Department's awards, including certifications provided in connection with such awards, are subject to review by the Department, including by its Office of the Inspector General.

Please Acknowledge *

Certified

**SignerID**

sppd-grants@ci.stpaul.mn.us

**Signing Date / Time**

6/30/25 3:58 PM

**Other Disclosures and Assurances**

No documents have been uploaded for Other Disclosures and Assurances

**Declaration and Certification to the U.S. Department of Justice as to this Application Submission**

By [taking this action], I --

1. Declare the following to the U.S. Department of Justice (DOJ), under penalty of perjury: (1) I have authority to make this declaration and certification on behalf of the applicant; (2) I have conducted or there was conducted (including by the applicant's legal counsel as appropriate, and made available to me) a diligent review of all requirements pertinent to and all matters encompassed by this declaration and certification.

2. Certify to DOJ, under penalty of perjury, on behalf of myself and the applicant, to the best of my knowledge and belief, that the following are true as of the date of this application submission: (1) I have reviewed this application and all supporting materials submitted in connection therewith (including anything submitted in support of this application by any person on behalf of the applicant before or at the time of the application submission and any materials that accompany this declaration and certification); (2) The information in this application and in all supporting materials is accurate, true, and complete information as of the date of this request; and (3) I have the authority to submit this application on behalf of the applicant.

3. Declare the following to DOJ, under penalty of perjury, on behalf of myself and the applicant:  (1) I understand that, in taking (or not taking) any action pursuant to this declaration and certification, DOJ will rely upon this declaration and certification as a material representation; and (2) I understand that any materially false, fictitious, or fraudulent information or statement in this declaration and certification (or concealment or omission of a material fact as to either) may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the applicant to civil penalties and administrative remedies under the federal False Claims Act (including under 31 U.S.C. §§ 3729-3730 and/or §§ 3801-3812) or otherwise.

Please Acknowledge ★

Signed

**SignerID**

sppd-grants@ci.stpaul.mn.us

**Signing Date / Time**

6/30/25 3:58 PM

**Other**



| Name | Category | Created by | Date Added |
|------|----------|-----------|-----------|
| SPPD DOJ Microgrant_unhoused_6.30. | Other Attachments | SCOTT HVIZDOS | 06/30/2025 |

Certified

# EXHIBIT 3



# Department of Justice (DOJ)

### Office of Community Oriented Policing Services (COPS Office)

*Washington, D.C. 20531*

| | |
|---|---|
| **Name and Address of Recipient:** | CITY OF SAINT PAUL<br>367 GROVE ST |
| **City, State and Zip:** | SAINT PAUL, MN 55101 |
| **Recipient UEI:** | Q91BDNBC1VT7 |

| | |
|---|---|
| **Project Title:** FY25 CPD Microgrants - CITY OF SAINT PAUL, MN | **Award Number:** 15JCOPS-25-GG-01044-PPSE |

**Solicitation Title:** FY25 Community Policing Development Microgrants

| | |
|---|---|
| **Federal Award Amount:** $85,502.00 | **Federal Award Date:** 10/10/25 |

| | |
|---|---|
| **Awarding Agency:** | Office of Community Oriented Policing Services |
| **Award Type:**<br>**Funding Instrument Type:** | Initial<br>Grant |

**Opportunity Category:** D
**Assistance Listing:**
16.710 - Public Safety Partnership and Community Policing Grants

| | |
|---|---|
| **Project Period Start Date:** 10/1/25 | **Project Period End Date:** 9/30/27 |
| **Budget Period Start Date:** 10/1/25 | **Budget Period End Date:** 9/30/27 |

**Project Description:**
The SPPD has previously paired officers with staff from social service agencies to respond to chronic situations such as homelessness. Here we propose gathering multiple public and private agencies to develop clear plans and protocols for responding to homeless individuals in the downtown areas. Once established, we will routinize these protocols into the work of our downtown beat patrol officers, resulting in a decline in quality-of-life type offenses such as vandalism, public drug use or panhandling that turns into harassment.

## Award Letter

October 10, 2025

Dear Axel Henry,

On behalf of Attorney General Pamela Bondi, it is my pleasure to inform you the Office of Community Oriented Policing Services (the COPS Office) has approved the application submitted by  CITY OF SAINT PAUL  for an award under the funding opportunity entitled 2025 FY25 Community Policing Development Microgrants. The approved award amount is $85,502.
Review the Award Instrument below carefully and familiarize yourself with all conditions and requirements before accepting your award. The Award Instrument includes the Award Offer (Award Information, Project Information, Financial Information, and Award Conditions) and Award Acceptance. For COPS Office and OVW funding the Award Offer also includes any Other Award Documents.

Please note that award requirements include not only the conditions and limitations set forth in the Award Offer, but also compliance with assurances and certifications that relate to conduct during the period of performance for the award. These requirements encompass financial, administrative, and programmatic matters, as well as other important

matters (e.g., specific restrictions on use of funds). Therefore, all key staff should receive the award conditions, the assurances and certifications, and the application as approved by the COPS Office, so that they understand the award requirements. Information on all pertinent award requirements also must be provided to any subrecipient of the award.

Should you accept the award and then fail to comply with an award requirement, DOJ will pursue appropriate remedies for non-compliance, which may include termination of the award and/or a requirement to repay award funds.

Prior to accepting the award, your Entity Administrator must assign a Financial Manager, Grant Award Administrator, and Authorized Representative(s) in the Justice Grants System (JustGrants). The Entity Administrator will need to ensure the assigned Authorized Representative(s) is current and has the legal authority to accept awards and bind the entity to the award terms and conditions. To accept the award, the Authorized Representative(s) must accept all parts of the Award Offer in the Justice Grants System (JustGrants), including by executing the required declaration and certification, within 45 days from the award date.

To access your funds, you will need to enroll in the Automated Standard Application for Payments (ASAP) system, if you haven't already completed the enrollment process in ASAP. The Entity Administrator should have already received an email from ASAP to initiate this process.

Congratulations, and we look forward to working with you.

Cory D. Randolph
COPS Acting Director
## Office for Civil Rights Notice for All Recipients

The Office for Civil Rights (OCR), Office of Justice Programs (OJP), U.S. Department of Justice (DOJ) enforces federal civil rights laws and other provisions that prohibit discrimination by recipients of federal financial assistance from OJP, the Office of Community Oriented Policing Services (COPS), and the Office on Violence Against Women (OVW).

Several civil rights laws, including Title VI of the Civil Rights Act of 1964 and Section 504 of the Rehabilitation Act of 1973, require recipients of federal financial assistance (recipients) to give assurances that they will comply with those laws. Taken together, these and other civil rights laws prohibit recipients from discriminating in the provision of services and employment because of race, color, national origin, religion, disability, and sex or from discriminating in the provision of services on the bases of age.

Some recipients of DOJ financial assistance have additional obligations to comply with other applicable nondiscrimination provisions like the Omnibus Crime Control and Safe Streets Act of 1968, which prohibits discrimination on the basis of religion in addition to race, color, national origin, and sex. Recipients may also have related requirements regarding the development and implementation of equal employment opportunity programs.

OCR provides technical assistance, training, and other resources to help recipients comply with civil rights obligations. Further, OCR administratively enforces civil rights laws and nondiscrimination provisions by investigating DOJ recipients that are the subject of discrimination complaints. In addition, OCR conducts compliance reviews of DOJ recipients based on regulatory criteria. These investigations and compliance reviews permit OCR to evaluate whether DOJ recipients are providing services to the public and engaging in employment practices in a nondiscriminatory manner.

For more information about OCR, your civil rights and nondiscrimination responsibilities, how to notify your employees or beneficiaries of their civil rights protections and responsibilities and how to file a complaint, as well as technical assistance, training, and other resources, please visit www.ojp.gov/program/civil-rights-office/outreach. If you would like OCR to assist you in fulfilling your civil rights or nondiscrimination responsibilities, please contact us at askOCR@ojp.usdoj.gov or www.ojp.gov/program/civil-rights-office/about#ocr-contacts.

## Award Information

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

**Recipient Information**

**Recipient Name**

**UEI**
Q91BDNBC1VT7

**ORI Number**
MN06209

**Street 1**
367 GROVE ST

**Street 2**

**City**
SAINT PAUL

**State/U.S. Territory**
Minnesota

**Zip/Postal Code**
55101

**Country**
United States

**County/Parish**

**Province**


**Award Details**

**Federal Award Date**
10/10/25

**Award Type**
Initial

**Award Number**
15JCOPS-25-GG-01044-PPSE

**Supplement Number**
00

**Federal Award Amount**
$85,502.00

**Funding Instrument Type**
Grant

| Assistance Listing Number | Assistance Listings Program Title |
|---|---|
| 16.710 | Public Safety Partnership and Community Policing Grants |

**Statutory Authority**

The Public Safety Partnership and Community Policing Act of 1994, 34 U.S.C. § 10381 et seq

[ ] *I have read and understand the information presented in this section of the Federal Award Instrument.*


**Project Information**

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

**Solicitation Title**
2025 FY25 Community Policing Development
Microgrants

**Awarding Agency**
COPS

**Application Number**
GRANT14436736

| **Grant Manager Name** | **Phone Number** | **E-mail Address** |
|---|---|---|
| Ebonyque Taylor | 202-598-1297 | ebonyque.taylor@usdoj.gov |

**Project Title**
FY25 CPD Microgrants - CITY OF SAINT PAUL, MN

| **Performance Period Start Date** | **Performance Period End Date** |
|---|---|
| 10/01/2025 | 09/30/2027 |

| **Budget Period Start Date** | **Budget Period End Date** |
|---|---|
| 10/01/2025 | 09/30/2027 |

**Project Description**
The SPPD has previously paired officers with staff from social service agencies to respond to chronic situations such as homelessness. Here we propose gathering multiple public and private agencies to develop clear plans and protocols for responding to homeless individuals in the downtown areas. Once established, we will routinize these protocols into the work of our downtown beat patrol officers, resulting in a decline in quality-of-life type offenses such as vandalism, public drug use or panhandling that turns into harassment.

[ ] *I have read and understand the information presented in this section of the Federal Award Instrument.*

---

**Financial Information**

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

A financial analysis of budgeted costs has been completed. All costs listed in the approved budget below were programmatically approved based on the final proposed detailed budget and budget narratives submitted by your agency to the COPS Office. Any adjustments or edits to the proposed budget are explained below.

Budget Clearance Date: 9/4/25 9:11 PM

| **Comments** |
|---|
| No items |

**Budget Summary**

| Budget Category | Proposed Budget | Change | Approved Budget | Percentage |
|---|---|---|---|---|
| Sworn Officer Positions: | $0 | $0 | $0 | |
| Civilian or Non-Sworn Personnel: | $0 | $0 | $0 | |
| Travel: | $0 | $0 | $0 | |
| Equipment: | $0 | $0 | $0 | |

| | | | |
|---|---|---|---|
| Supplies: | $0 | $0 | $0 |
| SubAwards: | $0 | $0 | $0 |
| Procurement Contracts: | $0 | $0 | $0 |
| Other Costs: | $74,350 | $0 | $74,350 |
| Total Direct Costs: | $74,350 | $0 | $74,350 |
| Indirect Costs: | $11,152 | $0 | $11,152 |
| Total Project Costs: | $85,502 | $0 | $85,502 |
| Federal Funds: | $85,502 | $0 | $85,502 | 100.00% |
| Match Amount: | $0 | $0 | $0 | 0.00% |
| Program Income: | $0 | $0 | $0 | 0.00% |

[ ] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Award Conditions

**This award is offered subject to the conditions or limitations set forth in the Award Information, Project Information, Financial Information, and Award Conditions.**

**Condition 1**
Restrictions on Internal Confidentiality Agreements: No recipient or subrecipient under this award, or entity that receives a contract or subcontract with any funds under this award, may require any employee or contractor to sign an internal confidentiality agreement or statement that prohibits or otherwise restricts the lawful reporting of waste, fraud, or abuse to an investigative or law enforcement representative of a federal department or agency authorized to receive such information. Full-Year Continuing Appropriations and Extensions Act, 2025, Public Law 119-4; Further Consolidated Appropriations Act, 2024, Public Law 118-47, Division B, Title VII, Section 742.

**Condition 2**
Compliance with 8 U.S.C. § 1373: Authority to obligate or expend contingent on compliance with this condition. State or local government entity recipients of this award, and any subrecipient of this award at any tier that is an entity of a State or of a unit of local government, must comply with 8 U.S.C. §1373, which provides that such entities may not prohibit, or in any way restrict, any government entity or official from sending to, receiving from, maintaining, or exchanging information regarding citizenship or immigration status, lawful or unlawful, of any individual with components of the U.S. Department of Homeland Security or any other federal, state or local government entity. This includes any prohibitions or restrictions imposed or established by a State or local government entity or official.

Any obligations or expenditures of a recipient or subrecipient that are impermissible under this condition shall be unallowable costs for purposes of this award.

References to the Immigration and Naturalization Service in 8 U.S.C. 1373 are to be read, as a legal matter, as references to components of the U.S. Department of Homeland Security.

**Condition 3**
Federal Civil Rights and Nondiscrimination Laws (certification): The recipient agrees that its compliance with all applicable Federal civil rights and nondiscrimination laws is material to the government's decision to make this award

and any payment thereunder, including for purposes of the False Claims Act (31 U.S.C. 3729-3730 and 3801-3812), and, by accepting this award, certifies that it does not operate any programs (including any such programs having components relating to diversity, equity, and inclusion) that violate any applicable Federal civil rights or nondiscrimination laws.

**Condition 4**
Federal Laws, Presidential Memoranda, and Executive Orders: Recipients of grant funding must comply with all applicable federal laws and Presidential Memoranda and all Executive Orders by the President.

**Condition 5**
Award Monitoring Activities: Federal law requires that recipients receiving federal funding from the COPS Office must be monitored to ensure compliance with their award conditions and other applicable statutes and regulations. The COPS Office is also interested in tracking the progress of our programs and the advancement of community policing. Both aspects of award implementation—compliance and programmatic benefits—are part of the monitoring process coordinated by the U.S. Department of Justice. Award monitoring activities conducted by the COPS Office include site visits, enhanced office-based grant reviews, alleged noncompliance reviews, financial and programmatic reporting, and audit resolution. As a COPS Office award recipient, you agree to cooperate with and respond to any requests for information pertaining to your award. This includes all financial records, such as general accounting ledgers and all supporting documents. All information pertinent to the implementation of the award is subject to agency review throughout the life of the award, during the close-out process and for three-years after the submission of the final expenditure report. 2 C.F.R. §§ 200.334 and 200.337, and, as applicable, 34 U.S.C. § 10385(a).

**Condition 6**
Authorized Representative Responsibility: The recipient understands that, in accepting this award, the Authorized Representatives declare and certify, among other things, that they possess the requisite legal authority to accept the award on behalf of the recipient entity and, in so doing, accept (or adopt) all material requirements throughout the period of performance under this award. The recipient further understands, and agrees, that it will not assign anyone to the role of Authorized Representative during the period of performance under the award without first ensuring that the individual has the requisite legal authority.

**Condition 7**
Contract Provision: All contracts made by the award recipients under the federal award must contain the provisions required under 2 C.F.R. Part 200, Appendix II to Part 200—Contract Provisions for Non-Federal Entity Contracts Under Federal Awards. Please see appendices in the Award Owner's Manual for a full text of the contract provisions.

**Condition 8**
Award Owner's Manual: The recipient agrees to comply with the terms and conditions in the applicable award year COPS Office Program Award Owner's Manual; DOJ Grants Financial Guide; COPS Office statute (34 U.S.C. § 10381, et seq.) as applicable; Students, Teachers, and Officers Preventing (STOP) School Violence Act of 2018 (34 U.S.C. § 10551, et seq.) as applicable; the requirements of 2 C.F.R. Part 200 (Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards), including subsequent changes, as adopted by the U.S. Department of Justice in 2 C.F.R. § 2800.101; 48 C.F.R. Part 31 (FAR Part 31) as applicable (Contract Cost Principles and Procedures); the Cooperative Agreement as applicable; representations made in the application; and all other applicable program requirements, laws, orders, regulations, or circulars.

Failure to comply with one or more award requirements may result in remedial action including, but not limited to, withholding award funds, disallowing costs, suspending, or terminating the award, or other legal action as appropriate.

Should any provision of a condition of this award be held to be invalid or unenforceable by its terms, then that provision shall first be applied with a limited construction so as to give it the maximum effect permitted by law (to any person or circumstance) under this award. Should it be held, instead, that a condition (or a provision thereof) is of utter invalidity or unenforceability, such condition (or such provision) shall be deemed severable from this award.

**Condition 9**
Federal Civil Rights: The recipient and any subrecipient must comply with applicable federal civil rights and

nondiscrimination statutes and regulations including: Section 601 of the Civil Rights Act of 1964 (42 U.S.C. § 2000d), as implemented in Subparts C and D of 28 C.F.R. Part 42; section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 794), as implemented in Subpart G of 28 C.F.R. Part 42; section 901 of the Education Amendments of 1972 (20 U.S.C. § 1681), as implemented in Subpart D of 28 C.F.R. Parts 42 and 54; section 303 of the Age Discrimination Act of 1975 (42 U.S.C. § 6102), as implemented in Subpart I of 28 C.F.R. Part 42; and section 809(c) of Title I of the Omnibus Crime Control and Safe Streets Act of 1968 (34 U.S.C. § 10228(c)), as implemented in Subpart D of 28 C.F.R. Part 42. In addition to applicable federal statutes and regulations that pertain to civil rights and nondiscrimination, the recipient and any subrecipient must comply with the requirements in 28 C.F.R. Parts 22 (Confidentiality of Identifiable Research and Statistical Information); 28 C.F.R. Part 23 (Criminal Intelligence Systems Operating Policies); 28 C.F.R. Part 38 (Partnerships with Faith-Based and Other Neighborhood Organizations); and 28 C.F.R. Part 46 (Protection of Human Subjects). For an overview of the civil rights laws and nondiscrimination requirements in connection with your award, please see https://www.ojp.gov/program/civil-rights/overview.

**Condition 10**
Duplicative Funding: The recipient understands and agrees to notify the COPS Office if it receives, from any other source, funding for the same item or service also funded under this award.

**Condition 11**
Prohibited conduct by recipients and subrecipients related to trafficking in persons (including reporting requirements and COPS Office authority to terminate award): The recipient and subrecipient agree to comply with the following requirements of 2 C.F.R. Part 175, Appendix A to Part 175 – Award Term:
I. Trafficking in Persons
(a) Provisions applicable to a recipient that is a private entity. (1) Under this award, the
recipient, its employees, subrecipients under this award, and subrecipient's employees must not engage in:
(i) Severe forms of trafficking in persons;
(ii) The procurement of a commercial sex act during the period of time that this award
or any subaward is in effect;
(iii) The use of forced labor in the performance of this award or any subaward; or
(iv) Acts that directly support or advance trafficking in persons, including the following acts:
(A) Destroying, concealing, removing, confiscating, or otherwise denying an employee access to that employee's identity or immigration documents;
(B) Failing to provide return transportation or pay for return transportation costs to an employee from a country outside the United States to the country from which the employee was recruited upon the end of employment if requested by the employee, unless:
(1) Exempted from the requirement to provide or pay for such return transportation by the Federal department or agency providing or entering into the grant or cooperative agreement; or
(2) The employee is a victim of human trafficking seeking victim services or legal redress in the country of employment or a witness in a human trafficking enforcement action;
(C) Soliciting a person for the purpose of employment, or offering employment, by means of materially false or fraudulent pretenses, representations, or promises regarding that employment;
(D) Charging recruited employees a placement or recruitment fee; or
(E) Providing or arranging housing that fails to meet the host country's housing and safety standards.
(2) The Federal agency may unilaterally terminate this award or take any remedial
actions authorized by 22 U.S.C. 7104b(c), without penalty, if any private entity under this award:
(i) Is determined to have violated a prohibition in paragraph (a)(1) of this appendix; or
(ii) Has an employee that is determined to have violated a prohibition in paragraph
(a)(1) of this this appendix through conduct that is either:
(A) Associated with the performance under this award; or
(B) Imputed to the recipient or the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR part 180, ''OMB
Guidelines to Agencies on Government-wide Debarment and Suspension (Nonprocurement),'' as implemented by DOJ at 2 C.F.R. Part 2867.
(b) Provision applicable to a recipient other than a private entity. (1) The Federal agency
may unilaterally terminate this award or take any remedial actions authorized by 22 U.S.C.
7104b(c), without penalty, if a subrecipient that is a private entity under this award:
(i) Is determined to have violated a prohibition in paragraph (a)(1) of this
appendix; or
(ii) Has an employee that is determined to have violated a prohibition in paragraph

(a)(1) of this appendix through conduct that is either:

(A) Associated with the performance under this award; or

(B) Imputed to the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR part 180, "OMB Guidelines to Agencies on Government-wide Debarment and Suspension (Nonprocurement)," as implemented by 2 C.F.R. Part 2867.

(c) Provisions applicable to any recipient.

(1) The recipient must inform the Federal agency and the Inspector General of the Federal agency immediately of any information you receive from any source alleging a violation of a prohibition in paragraph (a)(1) of this appendix.

(2) The Federal agency's right to unilaterally terminate this award as described in paragraphs (a)(2) or (b)(1) of this appendix:

(i) Implements the requirements of 22 U.S.C. 78, and

(ii) Is in addition to all other remedies for noncompliance that are available to the Federal agency under this award.

(3) The recipient must include the requirements of paragraph (a)(1) of this award term in any subaward it makes to a private entity.

(4) If applicable, the recipient must also comply with the compliance plan and certification requirements in 2 CFR 175.105(b).

(d) Definitions. For purposes of this award term:

Employee means either:

(1) An individual employed by the recipient or a subrecipient who is engaged in the performance of the project or program under this award; or

(2) Another person engaged in the performance of the project or program under this award and not compensated by the recipient including, but not limited to, a volunteer or individual whose services are contributed by a third party as an in-kind contribution toward cost sharing requirements.

Private Entity means any entity, including for-profit organizations, nonprofit organizations, institutions of higher education, and hospitals. The term does not include foreign public entities, Indian Tribes, local governments, or states as defined in 2 CFR 200.1.

The terms "severe forms of trafficking in persons," "commercial sex act," "sex trafficking," "Abuse or threatened abuse of law or legal process," "coercion," "debt bondage," and "involuntary servitude" have the meanings given at section 103 of the TVPA, as amended (22 U.S.C. 7102).


**Condition 12**

Termination: Recipient understands and agrees that the COPS Office may terminate funding, in whole or in part, for the following reasons:

(1) When the recipient fails to comply with the terms and conditions of a Federal award.

(2) When the recipient agrees to the termination and termination conditions.

(3) When the recipient provides the COPS Office written notification requesting termination including the reasons, effective date, and the portion of the award to be terminated. The COPS Office may terminate the entire award if the remaining portion will not accomplish the purposes of the award.

(4) Pursuant to any other award terms and conditions, including, when an award no longer effectuates the program goals or agency priorities to the extent such termination is authorized by law.

2. C.F.R. § 200.340.


**Condition 13**

Recipient Integrity and Performance Matters: For awards over $500,000, the recipient agrees to comply with the following requirements of 2 C.F.R. Part 200, Appendix XII to Part 200 – Award Term and Condition for Recipient Integrity and Performance Matters:

I. Reporting of Matters Related to Recipient Integrity and Performance

(a) General Reporting Requirement

(1) If the total value of your active grants, cooperative agreements, and procurement contracts from all Federal agencies exceeds $10,000,000 for any period of time during the period of performance of this Federal award, then you as the recipient must ensure the information available in the responsibility/qualification records through the System for Award Management (SAM.gov), about civil, criminal, or administrative proceedings described in paragraph (b) of this award term is current and complete. This is a statutory requirement under section 872 of Public Law 110–417, as amended (41 U.S.C. 2313). As required by section 3010 of Public Law 111– 212, all information posted in responsibility/qualification records in SAM.gov on or after April 15, 2011 (except past performance reviews required for Federal procurement contracts) will be publicly available.

(b) Proceedings About Which You Must Report.
(1) You must submit the required information about each proceeding that—
(i) Is in connection with the award or performance of a grant, cooperative agreement, or procurement contract from the Federal Government;
(ii) Reached its final disposition during the most recent five-year period; and
(iii) Is one of the following—
(A) A criminal proceeding that resulted in a conviction;
(B) A civil proceeding that resulted in a finding of fault and liability and payment of a monetary fine, penalty, reimbursement, restitution, or damages of $5,000 or more;
(C) An administrative proceeding that resulted in a finding of fault and liability and your payment of either a monetary fine or penalty of $5,000 or more or reimbursement, restitution, or damages in excess of $100,000; or
(D) Any other criminal, civil, or administrative proceeding if—
(1) It could have led to an outcome described in paragraph (b)(1)(iii)(A) through (C);
(2) It had a different disposition arrived at by consent or compromise with an acknowledgment of fault on your part; and
(3) The requirement in this award term to disclose information about the proceeding does not conflict with applicable laws and regulations.
(c) Reporting Procedures. Enter the required information in SAM.gov for each proceeding described in paragraph (b) of this award term. You do not need to submit the information a second time under grants and cooperative agreements that you received if you already provided the information in SAM.gov because you were required to do so under Federal procurement contracts that you were awarded.
(d) Reporting Frequency. During any period of time when you are subject to the requirement in paragraph (a) of this award term, you must report proceedings information in SAM.gov for the most recent five-year period, either to report new information about a proceeding that you have not reported previously or affirm that there is no new information to report. If you have Federal contract, grant, and cooperative agreement awards with a cumulative total value greater than $10,000,000, you must disclose semiannually any information about the criminal, civil, and administrative proceedings.
(e) Definitions. For purposes of this award term—
Administrative proceeding means a nonjudicial process that is adjudicatory in nature to make a determination of fault or liability (for example, Securities and Exchange Commission Administrative proceedings, Civilian Board of Contract Appeals proceedings, and Armed Services Board of Contract Appeals proceedings). This includes proceedings at the Federal and State level but only in connection with the performance of a Federal contract or grant. It does not include audits, site visits, corrective plans, or inspection of deliverables.
Conviction means a judgment or conviction of a criminal offense by any court of competent jurisdiction, whether entered upon a verdict or a plea, and includes a conviction entered upon a plea of nolo contendere. Total value of currently active grants, cooperative agreements, and procurement contracts includes the value of the Federal share already received plus any anticipated Federal share under those awards (such as continuation funding).


**Condition 14**
Reporting Subawards and Executive Compensation: The recipient agrees to comply with the following requirements of 2 C.F.R. Part 170, Appendix A to Part 170 – Award Term:
I. Reporting Subawards and Executive Compensation
(a) Reporting of first-tier subawards—(1) Applicability. Unless the recipient is exempt as provided in paragraph (d) of this award term, the recipient must report each subaward that equals or exceeds $30,000 in Federal funds for a subaward to an entity or Federal agency. The recipient must also report a subaward if a modification increases the Federal funding to an amount that equals or exceeds $30,000. All reported subawards should reflect the total amount of the
subaward.
(2) Reporting Requirements. (i) The entity or Federal agency must report each subaward
described in paragraph (a)(1) of this award term to the Federal Funding Accountability
and Transparency Act Subaward Reporting System (FSRS) at http://www.fsrs.gov.
(ii) For subaward information, report no later than the end of the month following the month in which the subaward was issued. (For example, if the subaward was made on November 7, 2025, the subaward must be reported by no later than December 31, 2025).
(b) Reporting total compensation of recipient executives for entities—(1) Applicability. The recipient must report the total compensation for each of the recipient's five most highly compensated executives for the preceding completed fiscal year if:
(i) The total Federal funding authorized to date under this Federal award equals or
exceeds $30,000;
(ii) in the preceding fiscal year, the recipient received:

(A) 80 percent or more of the recipient's annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act; and

(B) $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act; and,

(iii) The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receiving this subaward. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

(2) Reporting Requirements. The recipient must report executive total compensation described in paragraph (b)(1) of this appendix:

(i) As part of the recipient's registration profile at https://www.sam.gov.

(ii) No later than the month following the month in which this Federal award is made, and annually after that. (For example, if this Federal award was made on November 7,

2025, the executive total compensation must be reported by no later than December 31,

2025.)

(c) Reporting of total compensation of subrecipient executives—(1) Applicability. Unless a first-tier subrecipient is exempt as provided in paragraph (d) of this appendix, the recipient must report the executive total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if:

(i) The total Federal funding authorized to date under the subaward equals or exceeds $30,000;

(ii) In the subrecipient's preceding fiscal year, the subrecipient received:

(A) 80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal awards (and subawards) subject to the Transparency Act; and,

(B) $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts), and Federal awards (and subawards) subject to the Transparency Act; and

(iii) The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986 after receiving this subaward. (To determine if the public has access to the compensation information, see

the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

(2) Reporting Requirements. Subrecipients must report to the recipient their executive total compensation described in paragraph

(c)(1) of this appendix. The recipient is required to submit this information to the

Federal Funding Accountability and Transparency Act Subaward Reporting System (FSRS) at http://www.fsrs.gov no later than the end of the month following the month in which the subaward was made. (For example, if the subaward was made on November 7, 2025, the subaward must be reported by no later than December 31, 2025.)

(d) Exemptions. (1) A recipient with gross income under $300,000 in the previous tax year is exempt from the requirements to report:

(i) Subawards, and

(ii) The total compensation of the five most highly compensated executives of any subrecipient.

(e) Definitions. For purposes of this award term:

Entity includes:

(1) Whether for profit or nonprofit:

(i) A corporation;

(ii) An association;

(iii) A partnership;

(iv) A limited liability company;

(v) A limited liability partnership;

(vi) A sole proprietorship;

(vii) Any other legal business entity;

(viii) Another grantee or contractor that is not excluded by subparagraph (2); and

(ix) Any State or locality;

(2) Does not include:

(i) An individual recipient of Federal financial assistance; or

(ii) A Federal employee.

Executive means an officer, managing partner, or any other employee holding a management position.

Subaward has the meaning given in 2 CFR200.1.

Subrecipient has the meaning given in 2CFR 200.1.

Total Compensation means the cash and noncash dollar value an executive earns during an entity's preceding fiscal year. This includes all items of compensation as prescribed in 17 CFR 229.402(c)(2).

**Condition 15**
Assurances and Certifications: The recipient acknowledges its agreement to comply with the Assurances and Certifications forms that were signed as part of its application.

**Condition 16**
Conflict of Interest: Recipients and subrecipients must disclose in writing to the COPS Office or pass-through entity, as applicable, any potential conflict of interest affecting the awarded federal funding in 2 C.F.R. § 200.112.

**Condition 17**
Debarment and Suspension: The recipient agrees not to award federal funds under this program to any party which is debarred or suspended from participation in federal assistance programs. 2 C.F.R. Part 180 (Government-wide Nonprocurement Debarment and Suspension) and 2 C.F.R. Part 2867 (DOJ Nonprocurement Debarment and Suspension).

**Condition 18**
Equal Employment Opportunity Plan (EEOP): Please see the Office for Civil Rights website https://www.ojp.gov/eeop-notice for current information on the recipient's responsibilities related to the federal regulations pertaining to the development and implementation of an Equal Employment Opportunity Plan.

**Condition 19**
Employment Eligibility: The recipient agrees to complete and keep on file, as appropriate, the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS) Employment Eligibility Verification Form (I-9). This form is to be used by recipients of federal funds to verify that persons are eligible to work in the United States. Immigration Reform and Control Act of 1986 (IRCA), Public Law 99-603.

**Condition 20**
Enhancement of Contractor Protection from Reprisal for Disclosure of Certain Information: Recipients and subrecipients agree not to discharge, demote, or otherwise discriminate against an employee as reprisal for the employee disclosing information that he or she reasonably believes is evidence of gross mismanagement of a federal contract or award, a gross waste of federal funds, an abuse of authority relating to a federal contract or award, a substantial and specific danger to public health or safety, or a violation of law, rule, or regulation related to a Federal contract (including the competition for or negotiation of a contract) or award. Recipients and subrecipients also agree to provide to their employees in writing (in the predominant native language of the workforce) of the rights and remedies provided in 41 U.S.C. § 4712. Please see appendices in the Award Owner's Manual for a full text of the statute.

**Condition 21**
False Statements: False statements or claims made in connection with COPS Office awards may result in fines, imprisonment, debarment from participating in federal awards or contracts, and/or any other remedy available by law. 31 U.S.C. § 3729-3733.

**Condition 22**
Mandatory Disclosure: Recipients and subrecipients must timely disclose in writing to the Federal awarding agency or pass-through entity, as applicable, all federal criminal law violations involving fraud, bribery, or gratuity that may potentially affect the awarded federal funding. Recipients that receive an award over $500,000 must also report certain civil, criminal, or administrative proceedings in SAM and are required to comply with the Term and Condition for Recipient Integrity and Performance Matters as set out in 2 C.F.R. Part 200, Appendix XII to Part 200. Failure to make required disclosures can result in any of the remedies, including suspension and debarment, described in 2 C.F.R. § 200.339. 2 C.F.R. § 200.113.

**Condition 23**

Reports/Performance Goals: To assist the COPS Office in monitoring and tracking the performance of your award, your agency will be responsible for submitting semi-annual programmatic performance reports that describe project activities during the reporting period and quarterly Federal Financial Reports using Standard Form 425 (SF-425). 2 C.F.R. §§ 200.328 - 200.329. The performance report is used to track your agency's progress in implementing the award, and, as applicable, community policing strategies including gauging the effectiveness of your agency's community policing capacity. The Federal Financial Report is used to track the expenditures of the recipient's award funds on a cumulative basis throughout the life of the award.

**Condition 24**
System for Award Management (SAM.gov) and Universal Identifier Requirements: The recipient agrees to comply with the following requirements of 2 C.F.R. Part 25, Appendix A to Part 25 – Award Term:
I. System for Award Management (SAM.gov) and Universal Identifier Requirements
(a) Requirement for System for Award Management. (1) Unless exempt from this requirement under 2 CFR 25.110, the recipient must maintain a current and active registration in SAM.gov. The recipient's registration must always be current and active until the recipient submits all final reports required under this Federal award or receives the final payment, whichever is later. The recipient must review and update its information in SAM.gov at least annually from the date of its initial registration or any subsequent updates to ensure it is current, accurate, and complete. If applicable, this includes identifying the recipient's immediate and highest-level owner and subsidiaries and providing information about the recipient's predecessors that have received a Federal award or contract within the last three years.
(b) Requirement for Unique Entity Identifier (UEI). (1) If the recipient is authorized to make subawards under this Federal award, the recipient:
(i) Must notify potential subrecipients that no entity may receive a subaward until the entity has provided its UEI to the recipient.
(ii) Must not make a subaward to an entity unless the entity has provided its UEI to the
recipient. Subrecipients are not required to complete full registration in SAM.gov to obtain a UEI.
(c) Definitions. For the purposes of this award term:
System for Award Management (SAM.gov) means the Federal repository into which a
recipient must provide the information required for the conduct of business as a recipient. Additional information about registration procedures may be found in SAM.gov (currently at https://www.sam.gov).
Unique entity identifier means the universal identifier assigned by SAM.gov to uniquely identify an entity.
Entity is defined at 2 CFR 25.400 and includes all of the following types as defined
in 2 CFR 200.1:
(1) Non-Federal entity;
(2) Foreign organization;
(3) Foreign public entity;
(4) Domestic for-profit organization; and
(5) Federal agency.
Subaward has the meaning given in 2 CFR 200.1.
Subrecipient has the meaning given in 2 CFR 200.1.

**Condition 25**
Additional High-Risk Recipient Requirements: The recipient agrees to comply with any additional requirements that may be imposed during the award performance period if the awarding agency determines that the recipient is a high-risk recipient. 2 C.F.R. § 200.208.

**Condition 26**
Allowable Costs: The funding under this award is for the payment of approved costs for program-specific purposes. The allowable costs approved for your agency's award are limited to those listed in your agency's award package. In accordance with 2 C.F.R. § 200.400(g), the recipient or subrecipient must not earn or keep any profit resulting from the award. Your agency may not use award funds for any costs not identified as allowable in the award package.

**Condition 27**
Training Guiding Principles: Any training or training materials developed or delivered with award funding provided by the Office of Community Oriented Policing Services is to adhere to the following guiding principles –

1. Trainings must comply with applicable law.

In developing and conducting training under the award, recipients (and any subrecipients) shall not violate the Constitution or any federal law, including any law prohibiting discrimination.

2. The content of trainings and training materials must be accurate, appropriately tailored, and focused.
The content of training programs must be accurate, useful to those being trained, and well matched to the program's stated objectives. Training materials used or distributed at trainings must be accurate, relevant, and consistent with these guiding principles.

3. Trainers must be well-qualified in the subject area and skilled in presenting it.
Trainers must possess the subject-matter knowledge and the subject-specific training experience necessary to meet th

4. Trainers must demonstrate the highest standards of professionalism.
Trainers must comport themselves with professionalism. While trainings will necessarily entail varying teaching styles, techniques, and degrees of formality, as appropriate to the particular training goal, professionalism demands that trainers instruct in the manner that best communicates the subject matter while conveying respect for all.

**Condition 28**
Computer Network Requirement: The recipient understands and agrees that no award funds may be used to maintain or establish a computer network unless such network blocks the viewing, downloading, and exchanging of pornography. Nothing in this requirement limits the use of funds necessary for any federal, state, tribal, or local law enforcement agency or any other entity carrying out criminal investigations, prosecution, or adjudication activities. Full-Year Continuing Appropriations and Extensions Act, 2025, Public Law 119-4; Consolidated Appropriations Act, 2024, Public Law 118-42, Division C, Title V, Section 527.

**Condition 29**
Evaluations: The COPS Office may conduct monitoring or sponsor national evaluations of its award programs. The recipient agrees to cooperate with the monitors and evaluators. 34 U.S.C. § 10385(b).

**Condition 30**
Extensions: Recipients may request an extension of the award period to receive additional time to implement their award program. Such extensions do not provide additional funding. Only those recipients that can provide a reasonable justification for delays will be granted no-cost extensions. Extension requests must be received prior to the end date of the award. 2 C.F.R. §§ 200.308(f)(10) and 200.309.

**Condition 31**
Human Subjects Research: The recipient agrees to comply with the provisions of the U.S. Department of Justice's common rule regarding Protection of Human Subjects, 28 C.F.R. Part 46, prior to the expenditure of Federal funds to perform such activities, if applicable. The recipient also agrees to comply with 28 C.F.R. Part 22 regarding the safeguarding of individually identifiable information collected from research participants.

**Condition 32**
Modifications: Award modifications are evaluated on a case-by-case basis in accordance with 2 C.F.R. § 200.308(i). For federal awards in excess of the simplified acquisition threshold (currently, $250,000), any modification request involving the reallocation of funding between budget categories that exceed or are expected to exceed 10 percent (10%) of the total approved budget requires prior written approval by the COPS Office. Regardless of the federal award amount or budget modification percentage, any reallocation of funding is limited to approved budget categories. In addition, any budget modification that changes the scope of the project requires prior written approval by the COPS Office.

**Condition 33**
The Paperwork Reduction Act Clearance and Privacy Act Review: Recipient agrees, if required, to submit all surveys, interview protocols, and other information collections to the COPS Office for submission to the Office of Management and Budget (OMB) for clearance under the Paperwork Reduction Act (PRA). Before submission to OMB, all information collections that request personally identifiable information must be reviewed by the COPS Office to ensure compliance with the Privacy Act. The Privacy Act compliance review and the PRA clearance process may take several months to complete. 44 U.S.C. §§ 3501-3520 and 5 U.S.C. § 552a.

**Condition 34**
Prohibition on Certain Telecommunications and Video Surveillance Services or Equipment: Recipient agrees that it, and its subrecipients, will not use award funds to extend, renew, or enter into any contract to procure or obtain any covered telecommunication and video surveillance services or equipment as described in 2 CFR §200.216. Covered services and equipment include telecommunications or video surveillance services or equipment produced or provided by Huawei Technologies Company or ZTE Corporation (or any subsidiary or affiliate of such entities); Hytera Communications Corporation, Hangzhou Hikvision Digital Technology Company, or Dahua Technology Company (or any subsidiary or affiliate of such entities); or an entity that the Secretary of Defense, in consultation with the Director of the National Intelligence or the Director of the Federal Bureau of Investigation, reasonably believes to be an entity owned or controlled by, or otherwise connected to, the government of China. The use of award funds on covered telecommunications or video surveillance services or equipment are unallowable.
2. C.F.R. § § 200.216 & 471. See also Section 889 of the John S. McCain National Defense Authorization Act of Fiscal Year 2019, Public Law 115-232.

**Condition 35**
Sole Source Justification: Recipients who have been awarded funding for the procurement of an item (or group of items) or service in excess of the simplified acquisition threshold (currently, $250,000) and who plan to seek approval for use of a noncompetitive procurement process must provide a written sole source justification to the COPS Office for approval prior to obligating, expending, or drawing down award funds for that item or service. 2 C.F.R. § 200.325(b)(2).

**Condition 36**
Supplementing, not Supplanting: State, local, and tribal government recipients must use award funds to supplement, and not supplant, state, local, or Bureau of Indian Affairs (BIA) funds that are already committed or otherwise would have been committed for award purposes (hiring, training, purchases, and/or activities) during the award period. In other words, state, local, and tribal government recipients may not use COPS Office funds to supplant (replace) state, local, or BIA funds that would have been dedicated to the COPS Office-funded item(s) in the absence of the COPS Office award. 34 U.S.C. § 10384(a).

**Condition 37**
Travel Costs: Travel costs for transportation, lodging and subsistence, and related items are allowable with prior approval from the COPS Office. Payment for allowable travel costs will be in accordance with 2 C.F.R. § 200.475.

**Condition 38**
Copyright: If applicable, the recipient may copyright any work that is subject to copyright and was developed, or for which ownership was acquired, under this award in accordance with 2 C.F.R. § 200.315(b). The COPS Office reserves a royalty-free, nonexclusive and irrevocable license to reproduce, publish, or otherwise use the work, in whole or in part (including create derivative works), for Federal Government purposes, and to authorize others to do so. The COPS Office also reserves the right, at its discretion, not to publish deliverables and other materials developed under this award as a U.S. Department of Justice resource.

Products and deliverables developed with award funds and published as a U.S. Department of Justice resource will contain the following copyright notice:

"This resource was developed under a federal award and may be subject to copyright. The U.S. Department of Justice reserves a royalty-free, nonexclusive, and irrevocable license to reproduce, publish, or otherwise use the work for Federal Government purposes and to authorize others to do so. This resource may be freely distributed and used for noncommercial and educational purposes only."

**Condition 39**
Requirement to report actual or imminent breach of personally identifiable information (PII).

The recipient (and any subrecipient at any tier) must have written procedures in place to respond in the event of an actual or imminent breach (as defined in OMB M-17-12) if it (or a subrecipient-- 1) creates, collects, uses, processes, stores, maintains, disseminates, discloses, or disposes of personally identifiable information (PII) (as defined in 2 C.F.R. 200.1) within the scope of a COPS Office grant-funded program or activity, or 2) uses or operates a Federal

information system (as defined in OMB Circular A-130). The recipient's breach procedures must include a requirement to report actual or imminent breach of PII to the recipient's COPS Office Program Manager no later than 24 hours after an occurrence of an actual breach, or the detection of an imminent breach.

**Condition 40**
Domestic preferences for procurements: Recipient agrees that it, and its subrecipients, to the greatest extent practicable, will provide a preference for the purchase, acquisition, or use of goods, products, and materials produced in, and services offered in, the United States. 2. C.F.R. § 200.322 and Executive Order 14005, Ensuring the Future is Made in All of America by All of America's Workers, January 25, 2021.

**Condition 41**
Public Release Information: The recipient agrees to submit one copy of all reports and proposed publications resulting from this award ninety (90) days prior to public release. Any publications (written, curricula, visual, sound, or websites) or computer programs, whether or not published at government expense, shall contain the following statement:

"This project was supported, in whole or in part, by federal award number [YYYY-XX-XXXX] awarded to [Entity] by the U.S. Department of Justice, Office of Community Oriented Policing Services. The opinions contained herein are those of the author(s) or contributor(s) and do not necessarily represent the official position or policies of the U.S. Department of Justice. References to specific individuals, agencies, companies, products, or services should not be considered an endorsement by the author(s), contributor(s), or the U.S. Department of Justice.

[ ] *I have read and understand the information presented in this section of the Federal Award Instrument.*

## Award Acceptance

### Declaration and Certification to the U.S. Department of Justice as to Acceptance

By checking the declaration and certification box below, I--

A.   Declare to the U.S. Department of Justice (DOJ), under penalty of perjury, that I have authority to make this declaration and certification on behalf of the applicant.

B.   Certify to DOJ, under penalty of perjury, on behalf of myself and the applicant, to the best of my knowledge and belief, that the following are true as of the date of this award acceptance: (1) I have conducted or there was conducted (including by applicant's legal counsel as appropriate and made available to me) a diligent review of all terms and conditions of, and all supporting materials submitted in connection with, this award, including any assurances and certifications (including anything submitted  in connection therewith by a person on behalf of the applicant before, after, or at the time of the application submission and any materials that accompany this acceptance and certification); and (2) I have the legal authority to accept this award on behalf of the applicant.

C.   Accept this award on behalf of the applicant.

D.   Declare the following to DOJ, under penalty of perjury, on behalf of myself and the applicant:  (1) I understand that, in taking (or not taking) any action pursuant to this declaration and certification, DOJ will rely upon this declaration and certification as a material representation; and (2) I understand that any materially false, fictitious, or fraudulent information or statement in this declaration and certification (or concealment or omission of a material fact as to either) may be the subject of criminal prosecution (including under 18 U.S.C. §§ 1001 and/or 1621, and/or 34 U.S.C. §§ 10271-10273), and also may subject me and the applicant to civil penalties and administrative remedies under the federal False Claims Act (including under 31 U.S.C. §§ 3729-3730 and/or §§ 3801-3812) or otherwise.

**Agency Approval**

| **Title of Approving Official** | **Name of Approving Official** | **Signed Date And Time** |
|---|---|---|
| COPS Acting Director | Cory D. Randolph | 9/29/25 8:14 PM |

**Authorized Representative**

☐ Declaration and Certification (Law Enforcement Executive/Program Official)

**Entity Acceptance**

**Title of Authorized Entity Official**
 no value

**Name of Authorized Entity Official**
 no value

**Signed Date And Time**
 no value

☐ Declaration and Certification (Government Executive/Financial Official)

**Entity Acceptance**

**Title of Authorized Entity Official**
Mayor

**Name of Authorized Entity Official**
 no value

**Signed Date And Time**
 no value