UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO and CITY OF SAINT PAUL, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE; PAMELA JO BONDI, in her official capacity; OFFICE OF COMMUNITY ORIENTED POLICING SERVICES; and CORY D. RANDOLPH, in his official capacity, <br><br> Defendants. | No. 25 C 13863 <br><br> Judge Alonso |

## JOINT STATUS REPORT

Pursuant to the court's order dated November 26, 2025 (Dkt. 15), the parties submit this joint status report, confirming they are available on January 9, 2026, for oral argument and that they are amenable to extending the funding deadline to January 16, 2026.

Dated: December 1, 2025

Respectfully submitted,

| | |
|---|---|
| Mary B. Richardson-Lowry <br> Corporation Counsel of the City of Chicago <br><br> By: /s/ Stephen Kane <br> Stephen Kane (IL Bar N. 6272490) <br> Chelsey Metcalf (IL Bar No. 6337233) <br> Rebecca Hirsch (IL Bar No. 6279592) <br> Laura Geary (IL Bar No. 6351762) <br> City of Chicago Department of Law <br> 121 North LaSalle Street, Room 600 <br> Chicago, Illinois 60602 <br> Tel: 312-744-6934 <br> stephen.kane@cityofchicago.org <br> chelsey.metcalf@cityofchicago.org <br> rebecca.hirsch2@cityofchicago.org <br> laura.geary@cityofchicago.org <br> *Attorneys for Plaintiff City of Chicago* | Lyndsey Olson <br> Saint Paul City Attorney <br><br> By: /s/ Kelsey McElveen <br> Kelsey McElveen* <br> Assistant City Attorney <br> Saint Paul City Attorney's Office <br> 400 City Hall and Courthouse <br> 15 Kellogg Boulevard West <br> Saint Paul, Minnesota 55102 <br> Telephone: (651) 266-8710 <br> Facsimile: (651) 298-5619 <br> E-Mail: Kelsey.McElveen@ci.stpaul.mn.us <br> *Attorneys for Plaintiff City of Saint Paul* <br> * Admitted pro hac vice |

ANDREW S. BOUTROS

      United States Attorney

 By: s/ Patrick Johnson
   THOMAS P. WALSH
   PATRICK JOHNSON
   Assistant United States Attorneys
   219 S. Dearborn Street, 5th Floor
   Chicago, Illinois 60604
   (312) 353-5327
   (312) 353-5312
   thomas.walsh2@usdoj.gov
   patrick.johnson2@usdoj.gov