IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO and CITY OF SAINT PAUL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; PAMELA JO BONDI, in her official capacity; OFFICE OF COMMUNITY ORIENTED POLICING SERVICES; and CORY D. RANDOLPH, in his official capacity,<br><br>Defendants. | Civil Action No. 1:25-cv-13863<br><br>Hon. Jorge L. Alonso |

**JOINT STATUS REPORT**

Pursuant to the Court's January 15, 2026 order, Dkt. 28, the parties submit this joint status report setting forth proposed next steps for this case.

1. The parties agree that this case can be resolved most efficiently through cross-motions for summary judgment and propose the following schedule:

    a. Defendants will file the administrative record for the agency actions challenged in this case by March 4, 2026.

    b. The parties will file cross-motions for summary judgment by April 10, 2026.

    c. The parties will file oppositions to the motions for summary judgment by May 11, 2026.

1

      d.      The parties will file replies in support of their motions for summary judgment by May 26, 2026.

2.      Due to the scope of the issues in this case and consistent with the Court's order governing the briefing on Plaintiffs' motion for a preliminary injunction, Dkt. 9, the parties request leave to file briefs up to 25 pages in support of and in opposition to the motions for summary judgment.

3.      No discovery is expected in the case, the disputed issues are largely legal in nature, and all relevant factual issues will be fully addressed in the parties' summary judgment briefs and accompanying exhibits. The parties therefore request that the Court waive the requirement that the parties submit statements of material fact and responses thereto under Local Civ. R. 56.1(a)(2).

4.      Because the parties propose proceeding directly to summary judgment briefing, Defendants request that the Court waive the requirement that Defendants answer the complaint. Plaintiffs consent to Defendants' request.

Dated: January 21, 2026

Respectfully submitted,

Mary B. Richardson-Lowry
Corporation Counsel of the City of Chicago

By: /s/ Stephen Kane
Stephen Kane (IL Bar No. 6272490)
Chelsey Metcalf (IL Bar No. 6337233)
Rebecca Hirsch (IL Bar No. 6279592)
Laura Geary (IL Bar No. 6351762)
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
Tel: (313) 744-9484
stephen.kane@cityofchicago.org
chelsey.metcalf@cityofchicago.org
rebecca.hirsch2@cityofchicago.org
laura.geary@cityofchicago.org

IRENE KAO
Saint Paul City Attorney

By: /s/ Kelsey McElveen
KELSEY MCELVEEN *
Assistant City Attorney
SAINT PAUL CITY ATTORNEY'S OFFICE
400 City Hall and Courthouse
15 Kellogg Boulevard West
Saint Paul, Minnesota 55102
Telephone: (651) 266-8710
Facsimile: (651) 298-5619
E-Mail: Kelsey.McElveen@ci.stpaul.mn.us
*Attorneys for Plaintiff City of Saint Paul*

* Admitted pro hac vice

ANDREW S. BOUTROS
United States Attorney

By: /s/ Patrick Johnson
PATRICK JOHNSON
Assistant United States Attorney
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
Tel: (312) 353-5327
Email: patrick.johnson2@usdoj.gov
*Attorneys for Defendants*