**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

City of Chicago, et al.

                                    Plaintiff,

v.                                                                Case No.: 1:25−cv−13863
                                                                  Honorable Jorge L. Alonso

Department of Justice, et al.

                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 19, 2026:

        MINUTE entry before the Honorable Jorge L. Alonso: At [39], Plaintiffs filed an amended complaint adding the City of Santa Monica as a Plaintiff. Plaintiffs now move [40] for a second preliminary injunction. They contend that the City of Santa Monica is similarly situated to the City of Saint Paul and the City of Chicago and that the same preliminary injunction issued with respect to Saint Paul and Chicago should be extended to Santa Monica. The Court agrees that Santa Monica is similarly situated, and Plaintiffs' motion [40] is granted. The Court will separately enter a preliminary injunction order. By 3/25/26, Plaintiffs' counsel shall provide a Word version of a draft preliminary injunction order to the undersigned judge's proposed order inbox after discussing the form of the order with Defendants' counsel. Presentment of motion set for 3/24/26 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.