# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

City of Chicago, et al.

                 Plaintiff,

v.

Department of Justice, et al.

                 Defendant.

Case No.: 1:25–cv–13863
Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 17, 2026:

       MINUTE entry before the Honorable Jorge L. Alonso: The Court grants the joint motion [46] for a 28–day extension of the summary judgment briefing deadlines as follows: a. The parties shall file cross–motions for summary judgment by May 22, 2026; b. The parties shall file responses by June 22, 2026; and c. The parties shall file replies by July 6, 2026. Presentment hearing of 4/23/26 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.