**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

City of Chicago, et al.

Plaintiff,

v.

Case No.: 1:25−cv−13863
Honorable Jorge L. Alonso

Department of Justice, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 11, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: Defendant's unopposed motion [65] to extend time is granted. Defendants shall reply in support of their motion for summary judgment and respond to Plaintiffs' cross−motion by 9/8/26. Plaintiffs shall reply by 9/29/26. Presentment of motion set for 8/13/26 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.