**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| City of Chicago, City of Saint Paul, and City of Santa Monica | ) | |
| Plaintiffs, | ) | No. 25 C 13863 |
| v. | ) | Judge Jorge L. Alonso |
| United States Department of Justice, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

After Defendants attached conditions to grant money allocated to Plaintiffs, Plaintiffs filed this case alleging that the conditions violated constitutional separation of powers, the Spending Clause, and the Administrative Procedure Act. The Court then granted Plaintiffs' motion for a preliminary injunction and enjoined Defendants from enforcing these conditions. The parties now cross-move for summary judgment as to the constitutionality of the challenged conditions.

In moving for summary judgment, Defendants write:

> Defendants acknowledge that many of the arguments asserted in this brief were previously presented to the court in connection with the preliminary injunction proceedings, and that the court broadly ruled against the government. . . . Defendants further recognize that the common questions of law between this summary judgment briefing and the court's prior preliminary injunction analysis would likely control the result, should the court adhere to its prior reasoning. However, defendants repeat those arguments here to at least preserve the record.

R. 54 at 13.

The Court has reviewed Defendants' motion for summary judgment at R. 54, Plaintiff's motion for summary judgment at R. 58, and has considered its prior ruling at R. 28. The Court adheres to the reasoning set forth in its prior ruling. As such, for the same reasons the Court

previously found that Plaintiffs have standing and that jurisdiction is proper, the Court again finds that Plaintiffs have standing and that jurisdiction is proper. And for the same reasons the Court previously found that Plaintiffs were likely to succeed on the merits in proving that the challenged conditions were unconstitutional, the Court finds that Plaintiffs have succeeded in proving that the challenged conditions are unconstitutional.

**Conclusion**

For the reasons stated above, Defendants' motion [54] for summary judgment is denied and Plaintiffs' motion [58] for summary judgment is granted. The Court will separately enter an order that effectuates this ruling. By 11/13/26, Plaintiffs' counsel shall provide a Word version of an order that effectuates this ruling to the undersigned judge's proposed order inbox after discussing the form of the order with Defendants' counsel. In addition, the parties shall file a joint status report by 11/13/26 setting forth proposed next steps for this case.

**SO ORDERED.**

**ENTERED: October 30, 2026**



**HON. JORGE L. ALONSO**
**United States District Judge**