UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF CHICAGO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | ) | No. 25 C 13863<br><br>Judge Alonso |

**JOINT MOTION TO EXTEND TIME**

The parties, by their attorneys, move to extend the deadline to submit a proposed order and to file a joint status report by one week, from November 13 to November 20, 2026, in support state as follows:

1. The court recently ruled on the parties' cross-motions for summary judgment, denying defendants' motion and granting plaintiffs' motion. Dkt. 73.

2. The court directed plaintiffs to provide to chambers a Word version of an order effectuating the court's ruling by November 13, 2026. *Id.* The court also directed the parties to file a joint status report, setting forth proposed next steps, by the same date. *Id.*

3. The parties require more time to confer on a proposed order and next steps. The parties anticipate that a one-week extension, to November 20, 2026, will provide them enough time to complete those discussions and submit and file the requested material.

WHEREFORE, the parties ask that the deadline to submit a proposed order and to file a joint status report be extended by one week, from November 13 to November 20, 2026.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Alex Hartzler
ALEX HARTZLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-1390
alex.hartzler@usdoj.gov