**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

City of Chicago, et al.
Plaintiff,
v.
Case No.: 1:25−cv−13863
Honorable Jorge L. Alonso
Department of Justice, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 16, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: The joint motion [74] to extend time is granted. The deadline to submit a proposed order and to file a joint status report is extended by one week, from November 13 to November 20, 2026. The 11/18/26 presentment hearing is stricken. Mailed notice (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.